B1 (Official Form 1) (4/10)

| UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF FLORIDA MIAMI DIVISION | Voluntary Petition |
|---|---|

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Losada, Jose** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Losada, Caridad** |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names):<br>**aka Caridad Maria Losada** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **xxx-xx-6235** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **xxx-xx-0027** |
| Street Address of Debtor (No. and Street, City, and State):<br>**15482 SW 11th Terrace**<br>**Miami, FL**<br>ZIP CODE **33194** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**15482 SW 11th Terrace**<br>**Miami, FL**<br>ZIP CODE **33194** |
| County of Residence or of the Principal Place of Business:<br>**Miami-Dade** | County of Residence or of the Principal Place of Business:<br>**Miami-Dade** |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

### Type of Debtor
(Form of Organization)
(Check one box.)

- [x] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box.)

- [ ] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [x] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box.)

- [x] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [ ] Debts are primarily business debts.

### Filing Fee (Check one box.)

- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

B1 (Official Form 1) (4/10) — Page 2

| **Voluntary Petition** <br> *(This page must be completed and filed in every case.)* | Name of Debtor(s): **Jose Losada** <br> **Caridad Losada** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.)

| Location Where Filed: <br> **United States Bankruptcy Court Southern District** | Case Number: <br> **98-10761** | Date Filed: <br> **1/30/1998** |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet.)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** <br> (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). <br><br> **X**   **/s/ Robert Sanchez**        07/30/2010 <br>      **Robert Sanchez**             Date |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

   ☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

   ☑ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord that obtained judgment)

_____

(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

**B1 (Official Form 1) (4/10)** — Page 3

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): **Jose Losada** <br> **Caridad Losada** |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Jose Losada**
**Jose Losada**

X **/s/ Caridad Losada**
**Caridad Losada**

Telephone Number (If not represented by attorney)

**07/30/2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

X **/s/ Robert Sanchez**
**Robert Sanchez**          Bar No. **0442161**

**The Bankruptcy Clinic, PA**
**900 West 49 Street**
**Suite 500**
**Hialeah, Florida 33012**

Phone No. **(305) 687-8008**     Fax No. **(305) 821-1056**

**07/30/2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

B 1D (Official Form 1, Exhibit D) (12/09)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:   **Jose Losada**                                                  Case No. _____
         **Caridad Losada**                                                              (if known)

                    Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below.  If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file.  If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you.  If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D.  If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑  1. Within the 180 days  **before the filing of my bankruptcy case,**  I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me.    *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐  2. Within the 180 days  **before the filing of my bankruptcy case,**  I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me.    *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐  3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.    *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency.  Failure to fulfill these requirements may result in dismissal of your case.  Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days.  Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

**B 1D (Official Form 1, Exhibit D) (12/09)**    **UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:    **Jose Losada**                                      Case No. _____
**Caridad Losada**                                                      (if known)

Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

*Continuation Sheet No. 1*

☐  4. I am not required to receive a credit counseling briefing because of:    *[Check the applicable statement.]  [Must be accompanied by a motion for determination by the court.]*

☐  Incapacity.  (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilites.);

☐  Disability.  (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐  Active military duty in a military combat zone.

☐  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Jose Losada**_____
Jose Losada

Date:   **07/30/2010**_____

**B 1D (Official Form 1, Exhibit D) (12/09)**

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

In re:   **Jose Losada**                                         Case No. _____
        **Caridad Losada**                                                                (if known)

            Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below.  If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file.  If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you.  If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D.  If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑  1. Within the 180 days  **before the filing of my bankruptcy case,**  I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me.    *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐  2. Within the 180 days  **before the filing of my bankruptcy case,**  I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me.    *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐  3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.    *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency.  Failure to fulfill these requirements may result in dismissal of your case.  Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days.  Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

**B 1D (Official Form 1, Exhibit D) (12/09)**    **UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:    **Jose Losada**                                              Case No. _____
**Caridad Losada**                                                              (if known)

Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

*Continuation Sheet No. 1*

☐ 4. I am not required to receive a credit counseling briefing because of:    *[Check the applicable statement.]  [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity.  (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilites.);

☐ Disability.  (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Caridad Losada**_____
Caridad Losada

Date:    **07/30/2010**_____

B6A (Official Form 6A) (12/07)

In re  **Jose Losada**                                                    Case No. _____
       **Caridad Losada**                                                              (if known)

# SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| House: 15482 SW 11th Terrace, Miami, FL 33194 Purchased and on title since March/2005 Property value is based on Miami Dade Property Appriaser Office. Legal Description as follows:   EFM ESTATES SEC 1 PB 159-98 T-21032 LOT 4 BLK 8 LOT SIZE 6000 SQFT M/L FAU   30-4904-000-0040 & 4909-000 0950  1620 1710    1720 & 1850 | Joint Tenancy | J | $296,000.00 | $454,541.00 |
| Condo: 11790 SW 18 Street, Unit 103-3, Miami, FL 33175 Purchased and on title since May/2006. Property value is based on private appraisal Legal Description as follows:   Unit 103, Bldg 3, INTERNATIONAL PARK CONDOMINIUM, of a condominium, according to the Declaration there of, as recorded in Official Record Book 12236 at Page 1733 of the Public Records of MIAMI-DADE of County Florida. | Joint Tenancy | J | $65,000.00 | $199,446.00 |
| Dade South Memorial Park Rights in internment in Sect: 20 Lot 11951 SP# (illegible). Developed Lawn Cript Contract No. 306391 491-618031 | Cemetary Plot | J | $4,895.00 | $0.00 |
| House:14460 SW 290 Terrace, Homestead, FL 33033 3 57 39 LEISURE CITY SEC 3 PB 57-43 LOT 3 BLK 43 LOT SIZE 75.000 X 105 OR 21139-1138 022000 5 COC 25887-2554 08 2007 5 Debtor in on the property deed not the mortgage note. The Debtor surrenders interest in the property. | Joint Tenancy | H | $117,269.00 | $0.00 |
| House: 30100 SW 150 Court, Homestead, FL | Joint Tenancy | H | $123,580.00 | $0.00 |

B6A (Official Form 6A) (12/07) - Cont.

In re **Jose Losada**                                    Case No. _____
      **Caridad Losada**                                              (if known)

# SCHEDULE A - REAL PROPERTY

*Continuation Sheet No. 1*

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| 33194<br>Legal Description:<br>PALMLAND HOMES SOUTH NO SIX PB 90-67 LOT 23 BLK 15 LOT SIZE 75.000 X 107 OR 16070-0527 0993 1 COC 22826-0801 09 2004 4<br>Debtor in on the property deed not the mortgage note<br>The Debtor surrenders interest in the property. | | | | |
| | | Total: | $606,744.00 | |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  **Jose Losada**                                    Case No. _____
       **Caridad Losada**                                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash on Hand | - | $20.00 |
| 2. Checking, savings or other finan-cial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and home-stead associations, or credit unions, brokerage houses, or cooperatives. | | Wachovia Bank<br>Money Market Account x6898 | J | $1,200.00 |
| | | Bank Atlantic<br>Checking Account x2665 | J | $50.02 |
| | | Bank Atlantic<br>Checking Account x2657 | J | $352.91 |
| | | Wachovia Bank<br>Checking Account x6885 | J | $8.87 |
| | | Bank of America<br>Checking Account x2985 | J | $10.35 |
| | | Bank of America<br>Savings Account x9354 | J | $0.00 |
| | | Bank of America<br>Checking Account x0467 | J | $2,126.45 |
| | | Bank of America<br>Checking Account x9653 | J | $100.00 |
| | | Wachovia Bank<br>Savings Account X8154 | J | $6.05 |
| 3. Security deposits with public util-ities, telephone companies, land-lords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | Living room: 2 sofa,  2 loveseat, 1 coffee  table, 2 end tables, 1 stereo, 1 wall unit entertainment center, 3 TV's, 1 VCR/DVD Player. | - | $1,200.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Jose Losada**                                    Case No. _____
       **Caridad Losada**                                              (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Bed room: 2 beds, 2 mattresses, 2 dressers, 2 headboards, 2 foot boards, 4 night stands, 2 lamps. Dining room: 1 Table, 4 chairs, Kitchenware and appliances: 12 pots, 12 plates, 12 cups, 10 flatwares, 1 microwave, 1 toaster, 1 oven toaster, 2 refrigerator, 1 stove. Patio/office and miscellaneous: 1 Washer, 1 dryer, 1 computer, 1 printer, 1 fax machine, 1 desk, 2 desk chair 1 camcorder, 1 digital camera, 4 patio chairs, 1 table, 1 barbecue grill, 1 ice cooler, and 7 lamps. Animals: 1 dog, and 4 birds. Debtors valuation is based on age and condition. | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | 15 Picture frames, books, magazines and 6 home decor, and 7 lamps. Debtors valuation is based on age and condition | - | $60.00 |
| 6. Wearing apparel. | | Used clothing and shoes. Debtors valuation is based on age and condition. | - | $162.00 |
| 7. Furs and jewelry. | | 2 wedding bands, 1 watch, 1 necklace and assorted pieces of costume jewelry Debtors valuation is based on age and condition | - | $200.00 |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Jose Losada**                                          Case No. _____
       **Caridad Losada**                                                     (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | | 401(k) Retirement Plan Charles Schwab. | H | $96,846.14 |
| 13. Stock and interests in incorpo-rated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Jose Losada**                                        Case No. _____
       **Caridad Losada**                                                      (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2008 Dodge Caliber VIN: 1B3HB48B48D644116 Milleage: 30,000 Lien holder:Tropical Financial Credit Union | J | $6,775.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Jose Losada**                                              Case No. _____
     **Caridad Losada**                                                                (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Amount Owed: $13,430.87<br>Valuation based on Kelley Blue Book.<br><br>2008 Honda Odyssey<br>Debtor will assume the lease with American Honda | J | $0.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

_____4_____ continuation sheets attached                    **Total >** | $109,117.79

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

B6C (Official Form 6C) (4/10)

In re  **Jose Losada**                                          Case No. _____
       **Caridad Losada**                                                    (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☑ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                            $146,450.*

☐  11 U.S.C. § 522(b)(2)

☑  11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| House: 15482 SW 11th Terrace, Miami, FL 33194<br>Purchased and on title since March/2005<br>Property value is based on Miami Dade Property Appriaser Office.<br>Legal Description as follows:<br>  EFM ESTATES SEC 1 PB 159-98 T-21032<br>LOT 4   BLK 8 LOT SIZE 6000 SQFT M/L FAU 30-4904-000-0040 & 4909-000 0950  1620 1710   1720 & 1850 | Fla. Const. art. X § 4(a)(1); Fla. Stat. Ann. §§ 222.01, .02 | $296,000.00 | $296,000.00 |
| Cash on Hand | Fla. Const. art. X, § 4(a)(2) | $20.00 | $20.00 |
| Bank Atlantic<br>Checking Account x2665 | Fla. Const. art. X § 4(a)(1); Fla. Stat. Ann. §§ 222.01, .02 | $50.02 | $50.02 |
| Bank Atlantic<br>Checking Account x2657 | Fla. Const. art. X § 4(a)(1); Fla. Stat. Ann. §§ 222.01, .02 | $352.91 | $352.91 |
| Wachovia Bank<br>Checking Account x6885 | Fla. Const. art. X § 4(a)(1); Fla. Stat. Ann. §§ 222.01, .02 | $8.87 | $8.87 |
| Bank of America<br>Checking Account x9653 | Fla. Const. art. X, § 4(a)(2) | $100.00 | $100.00 |
| Wachovia Bank<br>Savings Account X8154 | Fla. Const. art. X, § 4(a)(2) | $6.05 | $6.05 |
| Living room: 2 sofa,  2 loveseat, 1 coffee  table, 2 end tables, 1 stereo, 1 wall unit entertainment | Fla. Const. art. X, § 4(a)(2) | $1,200.00 | $1,200.00 |
| *Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced  on or after the date of adjustment.* | | **$297,737.85** | **$297,737.85** |

B6C (Official Form 6C) (4/10) -- Cont.

In re  **Jose Losada**                                    Case No. _____
       **Caridad Losada**                                                    (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 1*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| center, 3 TV's, 1 VCR/DVD Player.<br>Bed room: 2 beds, 2 mattresses, 2 dressers, 2 headboards, 2 foot boards, 4 night stands, 2 lamps.<br>Dining room: 1 Table, 4 chairs,<br>Kitchenware and appliances: 12 pots, 12 plates, 12 cups, 10 flatwares, 1 microwave, 1 toaster, 1 oven toaster, 2 refrigerator, 1 stove.<br>Patio/office and miscellaneous: 1 Washer, 1 dryer, 1 computer, 1 printer, 1 fax machine, 1 desk, 2 desk chair 1 camcorder, 1 digital camera, 4 patio chairs, 1 table, 1 barbecue grill, 1 ice cooler, and 7 lamps.<br>Animals: 1 dog, and 4 birds.<br>Debtors valuation is based on age and condition. | | | |
| 15 Picture frames, books, magazines and 6 home decor, and 7 lamps.<br>Debtors valuation is based on age and condition | Fla. Const. art. X, § 4(a)(2) | $60.00 | $60.00 |
| Used clothing and shoes.<br>Debtors valuation is based on age and condition. | Fla. Const. art. X, § 4(a)(2) | $162.00 | $162.00 |
| 401(k) Retirement Plan<br>Charles Schwab. | Fla. Stat. Ann. § 222.21(2) | $98,846.14 | $96,846.14 |
| | | **$396,805.99** | **$394,805.99** |

B6D (Official Form 6D) (12/07)

In re **Jose Losada**                                           Case No. _____
        **Caridad Losada**                                                      (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: **xxxx5699**<br><br>**Bank of America**<br>**POB 650070**<br>**Dallas, Texas  75265** | | J | DATE INCURRED:  **5/2006**<br>NATURE OF LIEN:<br>**Second Mortgage**<br>COLLATERAL:<br>**House: 15482 SW 11th Terrace, Miami, FL  33194**<br>REMARKS:<br>**Homestead property.**<br><br>VALUE: **$296,000.00** | | | | **$133,508.00** | |
| ACCT #: **xxxx7824**<br><br>**Citi Mortgage**<br>**POB 22060**<br>**Tempe, AZ 85285** | | J | DATE INCURRED:  **4/2005**<br>NATURE OF LIEN:<br>**First Mortgage**<br>COLLATERAL:<br>**15482 SW 11th Terrace, Miami, FL  33194**<br>REMARKS:<br>**Homestead property.**<br><br>VALUE: **$296,000.00** | | | | **$299,783.00** | **$137,291.00** |
| ACCT #: **xxxx1703**<br><br>**Eastern Financial Florida Credit Union/**<br>**Space Coast**<br>**POB 829514**<br>**South Florida, FL  33082** | | J | DATE INCURRED:  **5/2005**<br>NATURE OF LIEN:<br>**Third Mortgage.**<br>COLLATERAL:<br>**House: 15482 SW 11th Terrace, Miami, FL  33194**<br>REMARKS:<br>**Homestead Property**<br><br>VALUE: **$296,000.00** | | | | **$21,250.00** | **$21,250.00** |
| ACCT #:<br><br>**Honda Financial Services**<br>**POB 1027**<br>**Alpharetta, GA 30009** | | J | DATE INCURRED:<br>NATURE OF LIEN:<br>**Contract/Lease**<br>COLLATERAL:<br>**2008 Honda Odyssey.**<br>REMARKS:<br>**2008 Honda Odyssey.**<br><br>VALUE: **$0.00** | | | | **Unknown** | **Unknown** |
| | | | Subtotal (Total of this Page) > | | | | **$454,541.00** | **$158,541.00** |
| | | | Total (Use only on last page) > | | | | | |

_____**1**_____continuation sheets attached

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) - Cont.

In re  **Jose Losada**                                    Case No. _____
      **Caridad Losada**                                              (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: **1910** <br><br> **Saxon Mortgage Services POB 961105 Ft. Worth, TX  76161** | | J | DATE INCURRED:  **4/2006** <br> NATURE OF LIEN: <br> **First Mortgage** <br> COLLATERAL: <br> **Condo: 11790 SW 18 ST Unit 103, Miami, FL  3317** <br> REMARKS: <br> **Real property.** <br><br><br> VALUE:  **$65,000.00** | | | | $162,064.00 | $97,064.00 |
| ACCT #: **xxxx1336** <br><br> **Select Portfolio Servicing, Inc. 3815 South West Temple St. Salt Lake City, UT  8411** | | J | DATE INCURRED:  **4/2006** <br> NATURE OF LIEN: <br> **Second Mortgage** <br> COLLATERAL: <br> **Condominium: 11790 SW 18 ST Unit 103, Miami, F** <br> REMARKS: <br> **Real property.** <br><br><br> VALUE:  **$65,000.00** | | | | $37,382.00 | $37,382.00 |
| ACCT #: **xxx1800** <br><br> **Tropical  Finance 8000 NW 7th Street Miami, FL  33126-4099** | | J | DATE INCURRED: <br> NATURE OF LIEN: <br> **Car loan** <br> COLLATERAL: <br> **2008 Dodge Caliber** <br> REMARKS: <br><br><br> VALUE:  **$6,775.00** | | | | $13,430.00 | $6,655.00 |
| | | | | | | | | |

Sheet no. ___**1**___ of ___**1**___ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

|  | Subtotal (Total of this Page) > | $212,876.00 | $141,101.00 |
|---|---|---|---|
| | Total (Use only on last page) > | $667,417.00 | $299,642.00 |
| | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6E (Official Form 6E) (04/10)

In re  **Jose Losada**                                                    Case No. _____
        **Caridad Losada**                                                                    (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

*Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____**No**_____ continuation sheets attached

B6F (Official Form 6F) (12/07)

In re  **Jose Losada**                                              Case No. _____
       **Caridad Losada**                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxx953**<br>**Bank of America**<br>**POB 650070**<br>**Dallas, Texas  75265** | | J | DATE INCURRED:  **05/2006**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $10,733.00 |
| ACCT #:  **xxxx7030**<br>**Bank of America**<br>**POB 650070**<br>**Dallas, Texas  75265** | | J | DATE INCURRED:  **5/2006**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $8,818.00 |
| ACCT #:  **xxxx9151**<br>**Bank of America**<br>**POB 650070**<br>**Dallas, Texas  75265** | | J | DATE INCURRED:  **11/2008**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $6,772.00 |
| ACCT #:  **xxx097**<br>**Bank of America**<br>**POB 650070**<br>**Dallas, Texas  75265** | | J | DATE INCURRED:  **7/2006**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $5,070.00 |
| ACCT #:  **xxx4147**<br>**Bank of America**<br>**POB 650070**<br>**Dallas, Texas  75265** | | J | DATE INCURRED:  **4/2006**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $3,502.00 |
| ACCT #:  **xxxx0916**<br>**Bank of America**<br>**POB 650070**<br>**Dallas, Texas  75265** | | J | DATE INCURRED:  **7/2006**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $2,512.00 |
| | | | | | | Subtotal > | $37,407.00 |
| | | | | | | Total > | |

_____**7**_____continuation sheets attached

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jose Losada**                                       Case No. _____
         **Caridad Losada**                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxx067**<br>**BENFCL/HFC**<br>**POB 8633**<br>**Elmhurst, IL  60126** | | J | DATE INCURRED:  **3/2005**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$4,045.00** |
| ACCT #:  **xxxx3388**<br>**BMW FINANCIAL SERVICES**<br>**5515 Park Center**<br>**Dublin, OH  43017** | | J | DATE INCURRED:  **1/2007**<br>CONSIDERATION:<br>**Leased Car**<br>REMARKS:<br>**Repoed May 2009.** | | | | **Unknown** |
| ACCT #:  **xxxx9633**<br>**BRCLYSBANKDE**<br>**1007 Orange Street**<br>**Wilmington, DE  19801** | | J | DATE INCURRED:  **06/2006**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$2,290.00** |
| ACCT #:  **xxxx9344**<br>**Capital One**<br>**POB 530092**<br>**Atlanta, GA 30353** | | J | DATE INCURRED:  **12/2003**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$3,568.00** |
| ACCT #:  **xxxx6912**<br>**CARE/GEMB**<br>**POB 960061**<br>**Orlando, FL  32896** | | J | DATE INCURRED:  **12/2005**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$3,361.00** |
| ACCT #:  **xxxx3724**<br>**CARE/GEMB** | | J | DATE INCURRED:  **3/2010**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$3,136.00** |

Sheet no. ____**1**____ of ____**7**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal > | **$16,400.00** |
|---|---|---|
|  | Total > | |

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jose Losada**                                                      Case No. _____
         **Caridad Losada**                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxx1243**<br>**Chase**<br>**Cardmember Service**<br>**POB 15153**<br>**Wilmington, DE 19886** | | J | DATE INCURRED:  **9/2006**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$6,392.00** |
| ACCT #:  **xxxx1174**<br>**Chase**<br>**Cardmember Service**<br>**POB 15153**<br>**Wilmington, DE 19886** | | J | DATE INCURRED:  **8/2006**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$5,477.00** |
| ACCT #:  **xxxx4610**<br>**Chase**<br>**Cardmember Service**<br>**POB 15153**<br>**Wilmington, DE 19886** | | J | DATE INCURRED:  **6/2005**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$1,129.00** |
| ACCT #:  **xxxx4181**<br>**Citi**<br>**POB 70921**<br>**Charlotte, NC 28272-0921** | | J | DATE INCURRED:  **5/2006**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$1,299.00** |
| ACCT #:  **xxxx2819**<br>**Citifinancial**<br>**POB 22060**<br>**Tempe, AZ 85285** | | J | DATE INCURRED:  **06/2008**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$6,892.00** |
| ACCT #:  **xxxx3536**<br>**Citifinancial**<br>**POB 70921**<br>**Charlotte, NC 28272-0921** | | J | DATE INCURRED:  **3/2007**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$1,628.00** |

Sheet no. _____**2**_____ of _____**7**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >    **$22,817.00**

Total >

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jose Losada**                                            Case No. _____
        **Caridad Losada**                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxx8502<br>**DBNB BLOOM**<br>**POB 4590**<br>**Carol Stream, IL 60197** | | J | DATE INCURRED:  **7/2004**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$52.00** |
| ACCT #:  xxxx8903<br>**Discover Financial**<br>**POB 15251**<br>**Wilmington, DE  19886** | | J | DATE INCURRED:  **4/2006**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$5,967.00** |
| ACCT #:  xxxx5720<br>**DSNB MACYS**<br>**POB 4585**<br>**Carol Stream, IL  60197** | | J | DATE INCURRED:  **8/2003**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$148.00** |
| ACCT #:  xxxx1740<br>**DSNB MACYS**<br>**POB4585**<br>**Carol Stream, IL 60197**<br><br>**xxxx6020** | | J | DATE INCURRED:  **10/2003**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$5,582.00** |
| ACCT #:  xxx7179<br>**EAF LLC** | | J | DATE INCURRED:  **11/2009**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$5,349.00** |
| ACCT #:  0005<br>**EDFIN ST LN**<br>**1990 K. Street, NW**<br>**Washington. DC  20006** | | J | DATE INCURRED:  **6/2003**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$922.00** |

Sheet no. ____**3**____ of ____**7**____ continuation sheets attached to          **Subtotal >**          **$18,020.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jose Losada**                                      Case No. _____
        **Caridad Losada**                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxx0004**<br>**EDFIN STD LN**<br>**1990 K. Street. MW**<br>**Washington, DC  20006** | | J | DATE INCURRED:  **12/2003**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $3,887.00 |
| ACCT #:  **xxxx8534**<br>**EXXMBLCITI**<br>**POB 4555**<br>**Carol Stream, IL  60197** | | J | DATE INCURRED:  **5/1996**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $732.00 |
| ACCT #:  **xxx3724**<br>**GEMB/ Care Credit**<br>**POB 981439**<br>**El Paso, TX 79998** | | J | DATE INCURRED:  **07/2004**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $3,136.00 |
| ACCT #:  **xxxx2326**<br>**GEMB/CHEVRON**<br>**POB 2001**<br>**Concord, CA  94529** | | J | DATE INCURRED:  **11/2004**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $1,069.00 |
| ACCT #:  **xxxx6920**<br>**GEMB/JCP**<br>**POB 960001**<br>**Orlando, FL  32896** | | J | DATE INCURRED:  **11/2003**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $188.00 |
| ACCT #:  **xxxx6920**<br>**GEMB/JCP**<br>**POB 960001**<br>**ORLANDO, FL  32896** | | J | DATE INCURRED:  **11/2003**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $218.00 |

Sheet no. ____**4**____ of ____**7**____ continuation sheets attached to          **Subtotal >**          $9,230.00
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                              **Total >**
                                          **(Use only on last page of the completed Schedule F.)**
                                   **(Report also on Summary of Schedules and, if applicable, on the**
                                   **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jose Losada**                                          Case No. _____
        **Caridad Losada**                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxx9469**<br>**GEMB/JCP**<br>**POB 960001**<br>**Orlando, FL  32896** | | J | DATE INCURRED:  **6/2006**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $210.00 |
| ACCT #:  **xxxx8071**<br>**GMAC**<br>**POB 380902**<br>**Bloomington, MN  55438** | | J | DATE INCURRED:  **2/2006**<br>CONSIDERATION:<br>**Leased Car**<br>REMARKS:<br>**2006 GMC Yuknon Denali**<br>**VIN: 1GKEK63U16J113979**<br>**Repoed September 2009.** | | | | Unknown |
| ACCT #:  **xxxx7489**<br>**HSBC Bank**<br>**POB 5253**<br>**Carol Stream, IL 60197** | | J | DATE INCURRED:  **9/2006**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $959.00 |
| ACCT #:  **xxxx5001**<br>**I C System**<br>**POB 64378**<br>**Saint Paul, MN  55164** | | J | DATE INCURRED:  **6/2009**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $399.00 |
| ACCT #:  **3003**<br>**JEFFCAPSYS**<br>**16 McLeland Road**<br>**St. Cloud, MN  56303** | | J | DATE INCURRED:  **10/2009**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $8,379.00 |
| ACCT #:  **xxxx8722**<br>**Kendall Credit and Business Service, Inc**<br>**POB 404665**<br>**Atlanta, GA  30384** | | J | DATE INCURRED:  **9/2009**<br>CONSIDERATION:<br>**Medical Bill**<br>REMARKS: | | | | $304.17 |

Sheet no. ____**5**____ of ____**7**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   $10,251.17

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jose Losada**                                           Case No. _____
        **Caridad Losada**                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxx8834**<br>**LVNV Funding**<br>**POB 10584**<br>**Greenville, SC  29603** | | J | DATE INCURRED:  **3/10**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$11,546.17** |
| ACCT #:  **xxxx9778**<br>**LVNV Funding LLC**<br>**POB 10584**<br>**Greenville, SC 29603** | | J | DATE INCURRED:  **3/2010**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$9,701.00** |
| ACCT #:  **xxxx3050**<br>**LVNV Funding LLC**<br>**POB 10584**<br>**Greenville, SC 29603** | | J | DATE INCURRED:  **3/2010**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$1,195.00** |
| ACCT #:  **xxxx1720**<br>**MACYSDSNB**<br>**POB 4585**<br>**Carol Stream, IL  60197** | | J | DATE INCURRED:  **5/2003**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$7,523.00** |
| ACCT #:  **xxxx6620**<br>**MACYSDSNB**<br>**POB 4585**<br>**Carol Stream, IL  60197** | | J | DATE INCURRED:  **10/2003**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$3,955.00** |
| ACCT #:  **xxxx1608**<br>**NORDSTROMFSB**<br>**POB 13589**<br>**Scottsdale, AZ  85267** | | J | DATE INCURRED:  **04/2005**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$613.00** |

Sheet no. _____**6**_____ of _____**7**_____ continuation sheets attached to         **Subtotal >**    $34,533.17
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jose Losada**               Case No. _____
        **Caridad Losada**                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxx5605**<br>**SPACECOASTCU**<br>**POB2470**<br>**Melbourne, FL  32902** | | J | DATE INCURRED:  **7/2004**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$2,232.00** |
| ACCT #:  **xxxx7430**<br>**THD/CBSD**<br>**POB 105980 Dept.. 51**<br>**Atlanta, GA  30353** | | J | DATE INCURRED:  **6/2007**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$32.00** |
| ACCT #:  **xxxx0020**<br>**Tropical  Finance**<br>**8000 NW 7 St**<br>**Miami, FL  33126-4099** | | J | DATE INCURRED:  **4/2008**<br>CONSIDERATION:<br>**Car Loan**<br>REMARKS:<br>**Vehicle: 2008 Dodge Caliber**<br>**VIN: _____**<br>**Milleage: 30,000** | | | | **$13,430.87** |
| | | | **Valuation based on Kelley Blue Book.**<br>**Amount Owed: $13,430.87**<br>**Lien holder:Tropical Financial Credit Union**<br>**In Debtor's possession.** | | | | |
| | | | | | | | |
| | | | | | | | |

Sheet no. ___**7**___ of ___**7**___ continuation sheets attached to     Subtotal >   | **$15,694.87**
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >   | **$164,353.21**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re  **Jose Losada**                                                      Case No. _____
       **Caridad Losada**                                                                    (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Honda Financial Services**<br>POB 1027<br>Alpharetta, GA 30009 | 2008 Honda Odyssey.<br>Contract to be ASSUMED |

B6H (Official Form 6H) (12/07)

In re  **Jose Losada**                                           Case No. _____
       **Caridad Losada**                                                        (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |