B6A (Official Form 6A) (12/07)

In re  **Jose Losada**  
       **Caridad Losada**

Case No. _____  
(if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| House: 15482 SW 11th Terrace, Miami, FL 33194<br>Purchased and on title since March/2005<br>Property value is based on Miami Dade Property Appriaser Office.<br>Legal Description as follows:<br>  EFM ESTATES SEC 1 PB 159-98 T-21032 LOT 4 BLK 8 LOT SIZE 6000 SQFT M/L FAU   30-4904-000-0040 & 4909-000 0950  1620 1710   1720 & 1850 | Joint Tenancy | J | $296,000.00 | $454,541.00 |
| Condo: 11790 SW 18 Street, Unit 103-3, Miami, FL 33175<br>Purchased and on title with son . (Son lives in the property and pays the mortgage since May/2006.)<br>Property value is based on private appraisal<br>Legal Description as follows:<br>  Unit 103, Bldg 3, INTERNATIONAL PARK CONDOMINIUM, of a condominium, according to the Declaration there of, as recorded in Official Record Book 12236 at Page 1733 of the Public Records of MIAMI-DADE of County Florida.<br>Debtors surrenders and abandons all interest the property. | Joint Tenancy | J | $65,000.00 | $199,446.00 |
| Dade South Memorial Park<br>Rights in internment in Sect: 20 Lot 11951 SP#.<br>Developed Lawn Cript<br>Contract No. 306391<br>491-618031 | Cemetary Plot | J | $4,895.00 | $0.00 |
| House:14460 SW 290 Terrace, Homestead, FL 33033<br>3 57 39 LEISURE CITY SEC 3 PB 57-43 LOT 3 BLK 43 LOT SIZE 75.000 X 105 OR 21139-1138 022000 5 COC 25887-2554 08 2007 5<br>Debtor in on the property deed not the mortgage note.<br>The Debtor surrenders interest in the property. | Joint Tenancy | H | $117,269.00 | $0.00 |

B6A (Official Form 6A) (12/07) - Cont.

In re  **Jose Losada**  
       **Caridad Losada**

Case No. _____  
(if known)

## SCHEDULE A - REAL PROPERTY

*Continuation Sheet No. 1*

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| House: 30100 SW 150 Court, Homestead, FL 33194<br>Legal Description:<br>PALMLAND HOMES SOUTH NO SIX PB 90-67 LOT 23 BLK 15 LOT SIZE 75.000 X 107 OR 16070-0527 0993 1 COC 22826-0801 09 2004 4<br>Debtor in on the property deed not the mortgage note<br>The Debtor surrenders interest in the property. | Joint Tenancy | H | $123,580.00 | $0.00 |
| | | Total: | $606,744.00 | |

(Report also on Summary of Schedules)