B6D (Official Form 6D) (12/07)

In re **Jose Losada**  
     **Caridad Losada**

Case No. _____  
                           (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: xxxx5699<br>Bank of America<br>POB 650070<br>Dallas, Texas 75265 | | J | DATE INCURRED: 5/2006<br>NATURE OF LIEN: Second Mortgage<br>COLLATERAL: House: 15482 SW 11th Terrace, Miami, FL 33194<br>REMARKS: Homestead property.<br>VALUE: $296,000.00 | | | | $133,508.00 | $133,508.00 |
| ACCT #: xxxx7824<br>Citi Mortgage<br>POB 22060<br>Tempe, AZ 85285 | | J | DATE INCURRED: 4/2005<br>NATURE OF LIEN: First Mortgage<br>COLLATERAL: 15482 SW 11th Terrace, Miami, FL 33194<br>REMARKS: Homestead property.<br>VALUE: $296,000.00 | | | | $299,783.00 | $3,783.00 |
| ACCT #: xxxx1703<br>Eastern Financial Florida Credit Union/ Space Coast<br>POB 829514<br>South Florida, FL 33082 | | J | DATE INCURRED: 5/2005<br>NATURE OF LIEN: Third Mortgage.<br>COLLATERAL: House: 15482 SW 11th Terrace, Miami, FL 33194<br>REMARKS: Homestead Property<br>VALUE: $296,000.00 | | | | $21,250.00 | $21,250.00 |
| ACCT #:<br>Honda Financial Services<br>POB 1027<br>Alpharetta, GA 30009 | | J | DATE INCURRED:<br>NATURE OF LIEN: Contract/Lease<br>COLLATERAL: 2008 Honda Odyssey.<br>REMARKS: 2008 Honda Odyssey.<br>VALUE: $0.00 | | | | Unknown | Unknown |
| | | | Subtotal (Total of this Page) > | | | | $454,541.00 | $158,541.00 |
| | | | Total (Use only on last page) > | | | | | |

    **2**    continuation sheets attached

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) - Cont.

In re **Jose Losada**  
    **Caridad Losada**

Case No. _____  
(if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>International Park Condodominium II Ass<br>11790 SW 18 Street<br>Miami, FL 33175 | | J | DATE INCURRED: 4/2006<br>NATURE OF LIEN:<br>**Condo Association**<br>COLLATERAL:<br>Condo: 15482 SW 18 Street, Unit 103, Miami, FL 3<br>REMARKS:<br>**Lien.**<br>**Debtors surrenders and abandons all interest the property.**<br><br>VALUE: $0.00 | | | | $3,037.17 | $3,037.17 |
| ACCT #: 1910<br><br>**Saxon Mortgage Services**<br>POB 961105<br>Ft. Worth, TX 76161 | | J | DATE INCURRED: 4/2006<br>NATURE OF LIEN:<br>**First Mortgage**<br>COLLATERAL:<br>Condo: 11790 SW 18 ST Unit 103, Miami, FL 3317<br>REMARKS:<br>**Real property.**<br>**Debtors surrenders and abandons all interest the property.**<br><br>VALUE: $65,000.00 | | | | $162,064.00 | $97,064.00 |
| ACCT #: xxxx1336<br><br>**Select Portfolio Servicing, Inc.**<br>3815 South West Temple St.<br>Salt Lake City, UT 8411 | | J | DATE INCURRED: 4/2006<br>NATURE OF LIEN:<br>**Second Mortgage**<br>COLLATERAL:<br>Condominium: 11790 SW 18 ST Unit 103, Miami, F<br>REMARKS:<br>**Real property.**<br>**Debtors surrenders and abandons all interest the property.**<br><br>VALUE: $65,000.00 | | | | $37,382.00 | $37,382.00 |
| ACCT #: 7031800<br><br>**Tropical Finance**<br>8000 NW 7th Street<br>Miami, FL 33126-4099 | | J | DATE INCURRED:<br>NATURE OF LIEN:<br>**Car loan**<br>COLLATERAL:<br>**2008 Dodge Caliber**<br>REMARKS:<br>**Vehicle: 2008 Dodge Caliber**<br>**VIN: 1B3HB48B48D644116**<br>**Milleage: 30,000**<br>**Valuation based on Kelley Blue Book.**<br>**Amount Owed: $13,430.87** | | | | $13,430.00 | $6,655.00 |

Sheet no. __1__ of __2__ continuation sheets attached  
to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this Page) >    $215,913.17    $144,138.17

Total (Use only on last page) >

(Report also on Summary of Schedules.)  
(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) - Cont.

In re **Jose Losada**  
   **Caridad Losada**

Case No. _____  
(if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | | Lien holder: Tropical Financial Credit Union<br>In Debtor's possession.<br><br>VALUE: $6,775.00 | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Sheet no. __2__ of __2__ continuation sheets attached to Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this Page) > | $0.00 | $0.00 |
|---|---|---|---|
| | Total (Use only on last page) > | $670,454.17 | $302,679.17 |
| | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |