**FORM B9I** (Chapter 13 Case) (6/11/10)      Case Number **10–32254–LMI**

### UNITED STATES BANKRUPTCY COURT
Southern District of Florida
www.flsb.uscourts.gov

**Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, Deadlines, & Court's Confirmation Procedures**

A chapter 13 bankruptcy case concerning the debtor listed below was filed on 7/30/10. You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be accessed electronically via CM/ECF including at the public access terminals in every clerk's office.
**NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.**

**See Reverse Side For Important Explanations and SDFL Local Court Requirements.**

**Debtor(s) name(s) and address(es) (for names include married, maiden and trade used by the debtor(s) in the last 8 years):**

| | |
|---|---|
| Jose Losada<br>15482 SW 11th Terrace<br>Miami, FL 33194 | Caridad Losada<br>aka Caridad Maria Losada<br>15482 SW 11th Terrace<br>Miami, FL 33194 |

| **Case Number:**<br>10–32254–LMI | **Last four digits of Social–Security or Individual Taxpayer–ID (ITIN) No(s)./Complete EIN:** xxx–xx–6235 xxx–xx–0027 |
|---|---|
| **Attorney for Debtor(s) (or Pro Se Debtor) name and address:**<br>Robert Sanchez Esq.<br>900 W 49 St #500<br>Hialeah, FL 33012<br>**Telephone number:** 305.687.8008 | **Bankruptcy Trustee (name and address):**<br>Nancy N Herkert<br>www.ch13herkert.com<br>POB 279806<br>Miramar, FL 33027<br>Telephone number: 954–443–4402 |

## MEETING OF CREDITORS

Date: **September 23, 2010**       Time: **02:30 PM**

Location: **Claude Pepper Federal Bldg, 51 SW First Ave Room 102, Miami, FL 33130**

**NOTE:** Debtors must bring original government–issued photo identification and proof of the social security number (or, if applicable, Tax ID) to this meeting.
**WARNING TO DEBTOR:** Debtors must commence plan payments within 30 days of filing the chapter 13 petition or conversion to chapter 13. Without further notice or hearing the court may dismiss your case for failure to timely pay filing fee installments, failure to appear at the meeting of creditors or failure to be current with plan payments at the time of the meeting of creditors, and for failure to file a pre–bankruptcy certification of credit counseling or file wage documentation. The case may also be dismissed or converted at the scheduled confirmation hearing if the court denies confirmation of the pending plan under 11 U.S.C. § 1325 and denies a request made for additional time for filing another plan or a modification of a plan.

## CONFIRMATION HEARING ON CONTESTED PLAN:

Date: **November 2, 2010**       Time: **09:00 AM**

Location: **Claude Pepper Federal Bldg, 51 SW First Ave Room 1409, Miami, FL 33130**

**NOTE:** Confirmation may occur at an earlier date. Please read the reverse side regarding important objection deadlines.

### Deadlines:
Documents submitted for filing must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Proof of Claim:**
**For all creditors (except a governmental unit):** 12/22/10    For a governmental unit: **1/26/11**, or as provided by 11 USC §502(b)(9)

**Creditor with a Foreign Address:**
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

**Deadline to Object to Exemptions:**
Thirty days after the *conclusion* of the meeting of creditors scheduled in this notice or within thirty days of any amendment to the list or supplemental schedules.

**Deadline to Object to Confirmation and Attorney Fee Claims:** See explanations on reverse.
**Deadline to File a Complaint to Determine Dischargeability of Certain Debts:**

### Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor, the debtor's property, and certain codebtors. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| **Address of the bankruptcy clerk's office where assigned judge is chambered:**<br>US Bankruptcy Court<br>51 SW 1st Ave, Room 1517<br>Miami, FL 33130<br>Telephone:(305)714–1800 | |
|---|---|
| **Hours Open:** Monday – Friday 9:00 AM – 4:30 PM<br>Closed all Legal Holidays | **Clerk of the Bankruptcy Court:** Katherine Gould Feldman<br>**For:** Judge Laurel M Isicoff<br>**Date:** 8/16/10 |

## EXPLANATIONS
FORM B9I (6/11/10)

| | |
|---|---|
| Filing of Chapter 13 Bankruptcy Case | A bankruptcy case under Chapter 13 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by the debtor listed on the front side (or the existing case under another chapter has been converted to chapter 13). Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts pursuant to a plan. A plan is not effective unless confirmed by the bankruptcy court. A copy of the plan is enclosed and information about the confirmation hearing is indicated on the front of this notice and below in the "Deadline to Object to Confirmation Section." The debtor will remain in possession of the debtor's property and may continue to operate the debtor's business, if any, unless the court orders otherwise. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions against the debtor and certain codebtors are listed in Bankruptcy Code § 362 and § 1301. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to exceed or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present with required original government-issued photo identification and proof of the social security number (or Tax ID, if applicable) at the meeting to be questioned under oath by the trustee and by creditors.* **Creditors are welcome to attend, but are not required to do so.** The meeting may be continued and concluded at a later date without further notice. As mandated by the Department of Homeland Security, **ALL** visitors (except minors accompanied by an adult) to any federal building or courthouse, must present a current, valid, government issued photo identification (e.g., drivers license, state identification card, passport, or immigration card). |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. If a Proof of Claim form is not included with this notice, you can obtain one at any bankruptcy clerk's office. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the "Deadline to file a Proof of Claim" listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. However, if this is a converted case, all claims filed under the initial chapter shall be deemed filed and need not be refiled. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. Claims not filed via CM/ECF can be filed at any clerk's office location using the claim form provided with this notice. To receive acknowledgement of receipt by the clerk, enclose a copy of the claim and an adequate sized stamped self addressed envelope. **If the debtor is not represented by an attorney, you must serve copies of the claim including all attachments, upon the debtor via U.S. Mail. See Local Rule 3002-1(E).** |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 523 (a)(2) or (4), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that deadline. Writing a letter to the court or judge is not sufficient. An adversary complaint must be filed in accordance with the applicable rules. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors, even if the debtor's case is converted to chapter 7. The debtor must file a list of all property claimed as exempt. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Documents filed conventionally in paper may be filed at any clerk's office location. Documents filed may be viewed in electronic format at any clerk's office public terminal (at no cost for viewing) or via PACER ON THE INTERNET (charges apply). Case filing information and unexpired deadline dates can be obtained by calling the Voice Case Information System: (305)536-5979 or (800)473-0226. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

## EXPLANATIONS (CONTINUED)    FORM B9I (6/11/10)

| | |
|---|---|
| Deadline to Object to Confirmation | At the Confirmation Hearing on Contested Plan, the court will consider all timely objections to confirmation, and any filed motions to dismiss or convert the case. Except for objections to confirmation based upon valuation of collateral or objections to attorney fee claims, the court will not consider an objection at the confirmation hearing unless it was raised orally or in writing at or before the meeting of creditors. Written objections must be filed and served on the standing chapter 13 trustee and all parties of record at or before the meeting. |
| Uncontested Confirmation of a Plan and Treatment of Debtor's PreConfirmation Payments | Under Local Rule 3015−3(B), if no objection to confirmation or objection to confirmation being held earlier than 20 days after the meeting of creditors are timely raised at or before the meeting of creditors and the enclosed plan does not seek to value collateral pursuant to Local Rule 3015−3(A), and the debtor has filed the required Local Form "Debtor Certificate of Compliance and Request for Confirmation of Chapter 13 Plan" the plan may be confirmed as unopposed at the meeting of creditors, the formal confirmation hearing will be cancelled and an order confirming uncontested plan will be entered. The debtor's pre−confirmation payments will be treated as provided under Local Rule 3070−1(A). |
| Attorney Fee Claims: | Attorney Fee Applications and Objections to Attorney Fees shall be heard at the Confirmation Hearing on Contested Plan. |
| Electronic Bankruptcy Noticing | Parties can now choose to receive all notices (including attachments) served by the clerk's office electronically instead of via US mail. For information on or to register for this free service, contact the Bankruptcy Noticing Center at ebn.uscourts.gov |
| Translating Services | Language interpretation of the meeting of creditors will be provided to the debtor at no cost, upon request to the trustee, through a telephone interpreter service. Persons with communications disabilities should contact the U.S. Trustee's office to arrange for translating services at the meeting of creditors. |

B10 (Official Form 10) (04/10)

| UNITED STATES BANKRUPTCY COURT Southern District of Florida | PROOF OF CLAIM |
|---|---|
| Name of Debtor: Jose Losada<br>Caridad Losada | Case Number: 10-32254 |

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| | |
|---|---|
| Name of Creditor (the person or other entity to whom the debtor owes money or property): | ☐ Check this box to indicate that this claim amends a previously filed claim. |
| Name and address where notices should be sent:<br><br><br><br><br>Telephone number: | **Court Claim Number:**_____<br>(*If known*)<br><br><br><br>Filed on:_____ |
| Name and address where payment should be sent (if different from above):<br><br><br><br>Telephone number: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check this box if you are the debtor or trustee in this case. |

**1. Amount of Claim as of Date Case Filed:** $_____

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** _____
  (See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** _____

  **3a. Debtor may have scheduled account as:** _____
  (See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
  Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

  **Nature of property or right of setoff:** ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
  **Describe:**

  **Value of Property:** $_____ **Annual Interest Rate**\_\_\_%

  **Amount of arrearage and other charges as of time case filed included in secured claim,**

  **if any:** $_____ **Basis for perfection:** _____

  **Amount of Secured Claim:** $_____ **Amount Unsecured:** $_____

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See instruction 7 and definition of "redacted" on reverse side.*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. §507 (a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. §507 (a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. §507 (a)(\_\_).

**Amount entitled to priority:**

$_____

*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

| **Date:** | **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. | **MAIL CLAIM TO:**<br><br>U.S. Bankruptcy Court<br>51 SW 1st Ave, 15th Floor<br>Miami, FL 33130 |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

B10 (Official Form 10) (04/10) - Cont.

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

### Items to be completed in Proof of Claim form

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the bankruptcy debtor's name, and the bankruptcy case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is located at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if the trustee or another party in interest files an objection to your claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**
Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a):**
If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). If the claim is based on the delivery of health care goods or services, see instruction 2. Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

_____DEFINITIONS_____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is a person, corporation, or other entity owed a debt by the debtor that arose on or before the date of the bankruptcy filing. See 11 U.S.C. §101 (10).

**Claim**
A claim is the creditor's right to receive payment on a debt owed by the debtor that arose on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. §506(a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car.

A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)** Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax-identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

_____INFORMATION_____

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq*.), and any applicable orders of the bankruptcy court.

# CERTIFICATE OF NOTICE

```
District/off: 113C-1          User: riosa                  Page 1 of 2                   Date Rcvd: Aug 16, 2010
Case: 10-32254                Form ID: B9I                 Total Noticed: 44


The following entities were noticed by first class mail on Aug 18, 2010.
db/jdb        +Jose Losada,   Caridad Losada,   15482 SW 11th Terrace,   Miami, FL 33194-2446
aty           +Robert Sanchez, Esq.,   900 W 49 St #500,   Hialeah, FL 33012-3488
tr            +Nancy N Herkert,   www.ch13herkert.com,   POB 279806,   Miramar, FL 33027-9806
ust            Office of the US Trustee,   51 S.W. 1st Ave.,   Suite 1204,   Miami, FL 33130-1614
88345003      +BRCLYSBANKDE,   1007 Orange Street,   Wilmington, DE 19801-1239
88345000      +Bank of America,   POB 650070,   Dallas, Texas 75265-0070
88345008       Citi,   POB 70921,   Charlotte, NC 28272-0921
88345009      +Citi Mortgage,   POB 22060,   Tempe, AZ 85285-2060
88349339       CitiMortgage, Inc.,   P O Box 6941,   The Lakes, NV 88901-6941
88345011       Citifinancial,   POB 70921,   Charlotte, NC 28272-0921
88345010      +Citifinancial,   POB 22060,   Tempe, AZ 85285-2060
88345012      +DBNB BLOOM,   POB 4590,   Carol Stream, IL 60197-4590
88345015       DSNB MACYS,   POB4585,   Carol Stream, IL 60197,   xxxx6020
88345018      +EDFIN ST LN,   1990 K. Street, NW,   Washington. DC 20006-1103
88345019      +EDFIN STD LN,   1990 K. Street. MW,   Washington, DC 20006-1103
88345020      +EXXMBLCITI,   POB 4555,   Carol Stream, IL 60197-4555
88345017      +Eastern Financial Florida Credit Union/,   Space Coast,   POB 829514,
                South Florida, FL 33082-9514
88345022      +GEMB/CHEVRON,   POB 2001,   Concord, CA 94529-0001
88345027      +I C System,   POB 64378,   Saint Paul, MN 55164-0378
88345028      +International Park Condodominium II Asso,   11790 SW 18 Street,   Miami, FL 33175-1622
88345029      +JEFFCAPSYS,   16 McLeland Road,   St. Cloud, MN 56303-2198
88345030      +Kendall Credit and Business Service, Inc,   POB 404665,   Atlanta, GA 30384-4665
88345037       SPACECOASTCU,   POB2470,   Melbourne, FL 32902
88345035      +Saxon Mortgage Services,   POB 961105,   Ft. Worth, TX 76161-0105
88345036      +Select Portfolio Servicing, Inc.,   3815 South West Temple St.,   Salt Lake City, UT 84115-4412
88345038      +THD/CBSD,   POB 105980 Dept.. 51,   Atlanta, GA 30353-5980
88345039       Tropical  Finance,   8000 NW 7th Street,   Miami, FL  33126-4099

The following entities were noticed by electronic transmission on Aug 17, 2010.
smg            EDI: FLDEPREV.COM Aug 16 2010 21:28:00      Florida Department of Revenue,   POB 6668,
                Bankruptcy Division,   Tallhassee, FL  32314-6668
88345025       EDI: HNDA.COM Aug 16 2010 21:33:00      Honda Financial Services,   POB 1027,
                Alpharetta, GA 30009
88345001      +EDI: HFC.COM Aug 16 2010 21:28:00      BENFCL/HFC,   POB 8633,   Elmhurst, IL 60126-8633
88345002       EDI: BMWFINANCIAL.COM Aug 16 2010 21:33:00      BMW FINANCIAL SERVICES,   5515 Park Center,
                Dublin, OH  43017
88346239      +EDI: BANKAMER.COM Aug 16 2010 21:28:00      Bank of America, N.A.,   PO Box 26012,   NC4-105-03-14,
                Greensboro, NC 27420-6012
88345005      +EDI: RMSC.COM Aug 16 2010 21:33:00      CARE/GEMB,   POB 960061,   Orlando, FL 32896-0061
88345004      +EDI: CAPITALONE.COM Aug 16 2010 21:33:00      Capital One,   POB 530092,   Atlanta, GA 30353-0092
88345007      +EDI: CHASE.COM Aug 16 2010 21:33:00      Chase,   Cardmember Service,   POB 15153,
                Wilmington, DE 19886-5153
88345013       EDI: DISCOVER.COM Aug 16 2010 21:33:00      Discover Financial,   POB 15251,
                Wilmington, DE  19886
88345014      +EDI: TSYS2.COM Aug 16 2010 21:28:00      DSNB MACYS,   POB 4585,   Carol Stream, IL 60197-4585
88345021      +EDI: RMSC.COM Aug 16 2010 21:33:00      GEMB/ Care Credit,   POB 981439,   El Paso, TX 79998-1439
88345023      +EDI: RMSC.COM Aug 16 2010 21:33:00      GEMB/JCP,   POB 960001,   Orlando, FL 32896-0001
88345024      +EDI: GMACFS.COM Aug 16 2010 21:28:00      GMAC,   POB 380902,   Bloomington, MN 55438-0902
88345026      +EDI: HFC.COM Aug 16 2010 21:28:00      HSBC Bank,   POB 5253,   Carol Stream, IL 60197-5253
88345031      +EDI: RESURGENT.COM Aug 16 2010 21:33:00      LVNV Funding,   POB 10584,
                Greenville, SC 29603-0584
88345033      +EDI: TSYS2.COM Aug 16 2010 21:28:00      MACYSDSNB,   POB 4585,   Carol Stream, IL 60197-4585
88345034      +E-mail/Text: bnc@nordstrom.com                           NORDSTROMFSB,   POB 13589,
                Scottsdale, AZ 85267-3589
                                                                                                TOTAL: 17

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
88345006        CARE/GEMB
88345016        EAF LLC
88345032*     +LVNV Funding LLC,   POB 10584,   Greenville, SC 29603-0584
                                                                                   TOTALS: 2, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 113C-1           User: riosa              Page 2 of 2              Date Rcvd: Aug 16, 2010
Case: 10-32254                 Form ID: B9I             Total Noticed: 44

               ***** BYPASSED RECIPIENTS (continued) *****
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Aug 18, 2010**            **Signature:**   _Joseph Speetjens_