# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
## CHAPTER 13 PLAN (Individual Adjustment of Debts)

CASE NO.: __10-32254-LMI__

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Jose Losada                     CO-DEBTOR: Caridad Losada
Last Four Digits of SS# xxx-xx-6235     Last Four Digits of SS# xxx-xx-0027

☐ This document is a plan summary. Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee not to exceed 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of __60__ months: In the event the Trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

   A.  $ 1,656.82        for months   1  to  60  ;
   B.  $_____    for months _____to_____;
   C.  $_____    for months _____to_____ in order to pay the following creditors:

Administrative:     Attorney's Fee    $3,750.00 + $500.00 for Motion to Value 2nd mortgage on homestead
                                      + $500.00 for Motion to Value 3rd mortgage on homestead
                                      $500.00 for Motion to Cramdown Auto w/Tropical Financial Credit Union

$5,250.00 GRAND TOTAL FOR ATTORNEY'S FEE

TOTAL PAID $ 1,500.00
Balance Due    $ 3,750.00    payable $ 312.50    month (Months  1  to  12 )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] Mortgages(s)/Liens on Real or Personal Property:

1. n/a                                  Arrearage on Petition Date $ _____
Address _____           Arrears Payment $_____/month (Months____ to ___)
        _____           Arrears Payment $_____/month (Months____ to ___)
        _____           Regular Payment $_____/month (Months____ to ___)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Value of Collateral | Rate of Interest | Plan Payments | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
| Bank of America (2nd mortgage on homestead) Loan No. xxxxxx5699 Prop Add: 15482 SW 11th Terr Miami, FL 33194 | Homestead Property $ | 0% | N/A | N/A | N/A |
| Eastern Financial (3rd mortgage on homestead) Loan No. xxxxxx1703 Prop Add: 15482 SW 11th Terr Miami, FL 33194 | Homestead Property $ | 0% | N/A | N/A | N/A |
| Tropical Financial Credit Union (2008 Dodge Caliber) Vin No. 1B3HB48D644116 Loan No. #7031800 | $6,775.00 | 5.25% | $643.15 | 1 to 12 | $7,717.72 |

Priority Creditors: [as defined in 11 U.S.C. §507]
1. n/a                          Total Due $_____
                                Payable $_____/month (Months ____to ___)

Unsecured Creditors: Pay $535.49 month (Months  1  to  12) Pay $1,491.14/mo (Months 13 to 60)
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: ). <u>The debtors are paying Citi Mortgage Loan No. 7824 and Honda Financial Services directly outside the plan. The debtors surrender and abandon all interest in the condo financed with Saxon Mortgage Services Loan #1910,Select Portfolio Servicing, Inc loan#1336 and International Park Condo Association.</u>

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

x _[signature]_                                   x _[signature]_
Debtor                                            Joint Debtor
Date: 08/09/10                                    Date: 08/09/10

# CERTIFICATE OF NOTICE

```
District/off: 113C-1          User: riosa                  Page 1 of 2              Date Rcvd: Aug 16, 2010
Case: 10-32254                Form ID: pdf008              Total Noticed: 41
```

The following entities were noticed by first class mail on Aug 18, 2010.
```
db/jdb        +Jose Losada,   Caridad Losada,   15482 SW 11th Terrace,   Miami, FL 33194-2446
smg            Florida Department of Revenue,   POB 6668,   Bankruptcy Division,   Tallhassee, FL  32314-6668
88345001      +BENFCL/HFC,   POB 8633,   Elmhurst, IL 60126-8633
88345003      +BRCLYSBANKDE,   1007 Orange Street,   Wilmington, DE 19801-1239
88345000      +Bank of America,   POB 650070,   Dallas, Texas 75265-0070
88346239      +Bank of America, N.A.,   PO Box 26012,   NC4-105-03-14,   Greensboro, NC 27420-6012
88345004      +Capital One,   POB 530092,   Atlanta, GA 30353-0092
88345007      +Chase,   Cardmember Service,   POB 15153,   Wilmington, DE 19886-5153
88345008       Citi,   POB 70921,   Charlotte, NC 28272-0921
88345009      +Citi Mortgage,   POB 22060,   Tempe, AZ 85285-2060
88349339       CitiMortgage, Inc.,   P O Box 6941,   The Lakes, NV 88901-6941
88345011       Citifinancial,   POB 70921,   Charlotte, NC 28272-0921
88345010      +Citifinancial,   POB 22060,   Tempe, AZ 85285-2060
88345012      +DBNB BLOOM,   POB 4590,   Carol Stream, IL 60197-4590
88345014      +DSNB MACYS,   POB 4585,   Carol Stream, IL 60197-4585
88345015       DSNB MACYS,   POB4585,   Carol Stream, IL 60197,   xxxx6020
88345018      +EDFIN ST LN,   1990 K. Street, NW,   Washington. DC 20006-1103
88345019      +EDFIN STD LN,   1990 K. Street. MW,   Washington, DC 20006-1103
88345020      +EXXMBLCITI,   POB 4555,   Carol Stream, IL 60197-4555
88345017      +Eastern Financial Florida Credit Union/,   Space Coast,   POB 829514,
                South Florida, FL 33082-9514
88345022      +GEMB/CHEVRON,   POB 2001,   Concord, CA 94529-0001
88345024      +GMAC,   POB 380902,   Bloomington, MN 55438-0902
88345026      +HSBC Bank,   POB 5253,   Carol Stream, IL 60197-5253
88345027      +I C System,   POB 64378,   Saint Paul, MN 55164-0378
88345028      +International Park Condodominium II Asso,   11790 SW 18 Street,   Miami, FL 33175-1622
88345029      +JEFFCAPSYS,   16 McLeland Road,   St. Cloud, MN 56303-2198
88345030      +Kendall Credit and Business Service, Inc,   POB 404665,   Atlanta, GA 30384-4665
88345033      +MACYSDSNB,   POB 4585,   Carol Stream, IL 60197-4585
88345037       SPACECOASTCU,   POB2470,   Melbourne, FL  32902
88345035      +Saxon Mortgage Services,   POB 961105,   Ft. Worth, TX 76161-0105
88345036      +Select Portfolio Servicing, Inc.,   3815 South West Temple St.,   Salt Lake City, UT 84115-4412
88345038      +THD/CBSD,   POB 105980 Dept.. 51,   Atlanta, GA 30353-5980
88345039       Tropical  Finance,   8000 NW 7th Street,   Miami, FL  33126-4099
```
The following entities were noticed by electronic transmission on Aug 17, 2010.
```
88345025       E-mail/Text: ebnbankruptcy@ahm.honda.com                            Honda Financial Services,
                POB 1027,   Alpharetta, GA 30009
88345002       E-mail/PDF: bankruptcynotices@bmwfs.com Aug 17 2010 01:52:12      BMW FINANCIAL SERVICES,
                5515 Park Center,   Dublin, OH  43017
88345005      +E-mail/PDF: gecsedi@recoverycorp.com Aug 17 2010 01:56:27      CARE/GEMB,   POB 960061,
                Orlando, FL 32896-0061
88345013       E-mail/PDF: mrdiscen@discoverfinancial.com Aug 17 2010 01:49:39      Discover Financial,
                POB 15251,   Wilmington, DE  19886
88345021      +E-mail/PDF: gecsedi@recoverycorp.com Aug 17 2010 01:56:27      GEMB/ Care Credit,   POB 981439,
                El Paso, TX 79998-1439
88345023      +E-mail/PDF: gecsedi@recoverycorp.com Aug 17 2010 01:56:26      GEMB/JCP,   POB 960001,
                Orlando, FL 32896-0001
88345031      +E-mail/Text: resurgentbknotifications@resurgent.com                          LVNV Funding,
                POB 10584,   Greenville, SC 29603-0584
88345034      +E-mail/Text: bnc@nordstrom.com                          NORDSTROMFSB,   POB 13589,
                Scottsdale, AZ 85267-3589
                                                                                              TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
88345006       CARE/GEMB
88345016       EAF LLC
88345032*     +LVNV Funding LLC,   POB 10584,   Greenville, SC 29603-0584
                                                                                   TOTALS: 2, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 113C-1          User: riosa              Page 2 of 2              Date Rcvd: Aug 16, 2010
Case: 10-32254                Form ID: pdf008          Total Noticed: 41
```

              ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 18, 2010**                    **Signature:**    _Joseph Speetjens_