B6 Summary (Official Form 6 - Summary) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re  **Jose Losada**                                                                Case No.
       **Caridad Losada**

       Chapter  **13**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 2 | $590,139.00 | | |
| B - Personal Property | No | 5 | $109,117.79 | | |
| C - Property Claimed as Exempt | No | 2 | | | |
| D - Creditors Holding Secured Claims | No | 3 | | $670,454.17 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | No | 1 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | No | 8 | | $150,922.34 | |
| G - Executory Contracts and Unexpired Leases | No | 1 | | | |
| H - Codebtors | No | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $10,162.08 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | $8,986.19 |
| | TOTAL | 26 | $699,256.79 | $821,376.51 | |

Form 6 - Statistical Summary (12/07)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re  **Jose Losada**              Case No.
       **Caridad Losada**

                              Chapter    **13**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $0.00 |
| Student Loan Obligations (from Schedule F) | $4,809.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $0.00 |
| TOTAL | $4,809.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $10,162.08 |
| Average Expenses (from Schedule J, Line 18) | $8,986.19 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $8,856.76 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $302,679.17 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $0.00 |
| 4. Total from Schedule F | | $150,922.34 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $453,601.51 |

B6A (Official Form 6A) (12/07)

In re  **Jose Losada**                                                                                              Case No. _____
       **Caridad Losada**                                                                                                                (if known)


# SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| House: 15482 SW 11th Terrace, Miami, FL 33194<br>Purchased and on title since March/2005<br>Property value is based on Miami Dade Property Appriaser Office.<br>Legal Description as follows:<br>  EFM ESTATES SEC 1 PB 159-98 T-21032 LOT 4 BLK 8 LOT SIZE 6000 SQFT M/L FAU   30-4904-000-0040 & 4909-000 0950  1620 1710   1720 & 1850 | Joint Tenancy | J | $279,395.00 | $454,541.00 |
| Condo: 11790 SW 18 Street, Unit 103-3, Miami, FL 33175<br>Purchased and on title with son . (Son lives in the property and pays the mortgage since May/2006.)<br>Property value is based on private appraisal<br>Legal Description as follows:<br>  Unit 103, Bldg 3, INTERNATIONAL PARK CONDOMINIUM, of a condominium, according to the Declaration there of, as recorded in Official Record Book 12236 at Page 1733 of the Public Records of MIAMI-DADE of County Florida.<br>Debtors surrenders and abandons all interest the property. | Joint Tenancy | J | $65,000.00 | $199,446.00 |
| Dade South Memorial Park<br>Rights in internment in Sect: 20 Lot 11951 SP#.<br>Developed Lawn Cript<br>Contract No. 306391<br>491-618031 | Cemetary Plot | J | $4,895.00 | $0.00 |
| House:14460 SW 290 Terrace, Homestead, FL 33033<br>3 57 39 LEISURE CITY SEC 3 PB 57-43 LOT 3 BLK 43 LOT SIZE 75.000 X 105 OR 21139-1138 022000 5 COC 25887-2554 08 2007 5<br>Debtor in on the property deed not the mortgage note.<br>The Debtor surrenders interest in the property. | Joint Tenancy | H | $117,269.00 | $0.00 |

B6A (Official Form 6A) (12/07) - Cont.

In re  **Jose Losada**                                              Case No. _____
       **Caridad Losada**                                                         (if known)

# SCHEDULE A - REAL PROPERTY

*Continuation Sheet No. 1*

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| House: 30100 SW 150 Court, Homestead, FL 33194<br>Legal Description:<br>PALMLAND HOMES SOUTH NO SIX PB 90-67 LOT 23 BLK 15 LOT SIZE 75.000 X 107 OR 16070-0527 0993 1 COC 22826-0801 09 2004 4<br>Debtor in on the property deed not the mortgage note<br>The Debtor surrenders interest in the property. | Joint Tenancy | H | $123,580.00 | $0.00 |
| | | Total: | $590,139.00 | |

(Report also on Summary of Schedules)

B6I (Official Form 6I) (12/07)

In re  **Jose Losada**                                                                      Case No. _____
       **Caridad Losada**                                                                                (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | Dependents of Debtor and Spouse | | | |
|---|---|---|---|---|
| **Married** | Relationship(s): | Age(s): | Relationship(s): | Age(s): |

| **Employment:** | Debtor | Spouse |
|---|---|---|
| Occupation | Subcontract Benefit Consultor | House Wife |
| Name of Employer | CarePlus Health Plans, Inc., | |
| How Long Employed | | |
| Address of Employer | CPHP Sales - MC - CarePlus PR - Crossrds Bld | |

| | | **DEBTOR** | **SPOUSE** |
|---|---|---:|---:|
| INCOME: (Estimate of average or projected monthly income at time case filed) | | | |
| 1. | Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $13,382.03 | $0.00 |
| 2. | Estimate monthly overtime | $0.00 | $0.00 |
| 3. | SUBTOTAL | **$13,382.03** | **$0.00** |
| 4. | LESS PAYROLL DEDUCTIONS | | |
| | a. Payroll taxes (includes social security tax if b. is zero) | $3,476.78 | $0.00 |
| | b. Social Security Tax | $0.00 | $0.00 |
| | c. Medicare | $0.00 | $0.00 |
| | d. Insurance | $364.84 | $0.00 |
| | e. Union dues | $0.00 | $0.00 |
| | f. Retirement | $0.00 | $0.00 |
| | g. Other (Specify) _____ | $0.00 | $0.00 |
| | h. Other (Specify) _____ | $0.00 | $0.00 |
| | i. Other (Specify) _____ | $0.00 | $0.00 |
| | j. Other (Specify) _____ | $0.00 | $0.00 |
| | k. Other (Specify) _____ | $0.00 | $0.00 |
| 5. | SUBTOTAL OF PAYROLL DEDUCTIONS | **$3,841.62** | **$0.00** |
| 6. | TOTAL NET MONTHLY TAKE HOME PAY | **$9,540.41** | **$0.00** |
| 7. | Regular income from operation of business or profession or farm (Attach detailed stmt) | $0.00 | $0.00 |
| 8. | Income from real property | $0.00 | $0.00 |
| 9. | Interest and dividends | $0.00 | $0.00 |
| 10. | Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $0.00 | $0.00 |
| 11. | Social security or government assistance (Specify): _____ | $0.00 | $0.00 |
| 12. | Pension or retirement income | $0.00 | $0.00 |
| 13. | Other monthly income (Specify): | | |
| | a. Income Tax Refund | $621.67 | $0.00 |
| | b. _____ | $0.00 | $0.00 |
| | c. _____ | $0.00 | $0.00 |
| 14. | SUBTOTAL OF LINES 7 THROUGH 13 | **$621.67** | **$0.00** |
| 15. | AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | **$10,162.08** | **$0.00** |
| 16. | COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | **$10,162.08** | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

IN RE: **Jose Losada**  Case No. _____
       **Caridad Losada**                                                                            (if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $1,753.15 |
|     a. Are real estate taxes included?  ☑ Yes  ☐ No | |
|     b. Is property insurance included?  ☑ Yes  ☐ No | |
| 2. Utilities:  a. Electricity and heating fuel | $340.00 |
|              b. Water and sewer | $68.00 |
|              c. Telephone | $40.00 |
|              d. Other: Cellular phones | $150.00 |
| 3. Home maintenance (repairs and upkeep) | $177.00 |
| 4. Food | $500.00 |
| 5. Clothing | $200.00 |
| 6. Laundry and dry cleaning | $80.00 |
| 7. Medical and dental expenses | $1,400.00 |
| 8. Transportation (not including car payments) | $650.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $30.00 |
| 10. Charitable contributions | $30.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|         a. Homeowner's or renter's | |
|         b. Life | $235.00 |
|         c. Health | |
|         d. Auto | $330.00 |
|         e. Other: | |
| 12. Taxes (not deducted from wages or included in home mortgage payments) Specify: | |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|        a. Auto:  Car payment | $310.00 |
|        b. Other:  2008 Honda Odyssey (leased) | $577.04 |
|        c. Other: | |
|        d. Other: | |
| 14. Alimony, maintenance, and support paid to others: | |
| 15. Payments for support of add'l dependents not living at your home: | |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | |
| 17.a. Other: See attached personal expenses | $2,116.00 |
| 17.b. Other: | |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | **$8,986.19** |
| 19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:  **Joint Debtor was diagnosed with Cancer last year, and there are high medical expenses anticipated.** | |
| 20. STATEMENT OF MONTHLY NET INCOME | |
| a. Average monthly income from Line 15 of Schedule I | $10,162.08 |
| b. Average monthly expenses from Line 18 above | $8,986.19 |
| c. Monthly net income (a. minus b.) | $1,175.89 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

IN RE:  **Jose Losada**                                                    CASE NO
**Caridad Losada**

                                                                                    CHAPTER    **13**

## EXHIBIT TO SCHEDULE J

### Itemized Personal Expenses

| Expense | Amount |
|---|---:|
| Personal Care and Gooming | $80.00 |
| Pet Food and Care | $150.00 |
| Bank Fees | $30.00 |
| Cable | $190.00 |
| Vehicle maintenance | $80.00 |
| Tolls | $65.00 |
| Brocker Refferal Fees | $1,442.00 |
| Internet | $49.00 |
| Alarm | $30.00 |
| **Total >** | **$2,116.00** |