CGFD65 (12/1/09)



**ORDERED in the Southern District of Florida on October 12, 2010**

*[signature]*

**Laurel M Isicoff**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
### www.flsb.uscourts.gov

Case Number: 10–32254–LMI
Chapter: 13

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Jose Losada
15482 SW 11th Terrace
Miami, FL 33194

SSN: xxx–xx–6235

Caridad Losada
aka Caridad Maria Losada
15482 SW 11th Terrace
Miami, FL 33194

SSN: xxx–xx–0027

## ORDER DETERMINING DEBTOR'S
## COMPLIANCE WITH FILING REQUIREMENTS OF §521(a)(1)

Pursuant to 11 U.S.C. §521(i), if an individual debtor in a voluntary case under chapter 7 or 13 fails to file all of the information required under 11 U.S.C. §521(a)(1) within 45 days after the date of the filing of the petition, the case shall be automatically dismissed effective on the 46th day after the date of the filing of the petition.

*Page 1 of 2*

The information required by 11 U.S.C. §521(a)(1) as provided by the debtor* in this case is complete to the satisfaction of the trustee and no creditor or other party in interest has filed a request for an order of dismissal pursuant to 11 U.S.C. §521(i)(2) as provided under Local Rule 1017–2(A)(2). Based upon the trustee's review, the court has determined that the debtor has complied with the information requirements of 11 U.S.C. §521(a)(1).

Accordingly, it is

**ORDERED:**

1. This case is not subject to automatic dismissal under 11 U.S.C. §521(i)(1) or (2).

2. If any creditor or other party in interest has any reason to contest the court's finding that the debtor has filed all information required by 11 U.S.C. §521(a)(1), that party shall file an objection not later than 21 days from the date of the entry of this Order, and serve such objection on the trustee, the United States Trustee, debtor, and debtor's counsel, if any. The objection should specifically identify the information and document(s) required by 11 U.S.C. §521(a)(1) that the debtor has failed to file.

3. Each creditor or other party in interest served with this Order who does not file an objection within the 21 day deadline set forth above has waived the right to file a motion to dismiss this bankruptcy case for the debtor's failure to comply with 11 U.S.C. §521(a)(1).

4. Nothing in this Order shall excuse the debtor's duty to cooperate with the United States Trustee and the trustee assigned to this case, and shall not prevent the United States Trustee or case trustee from requesting by any authorized means, including, but not limited to motion, that the debtor supply further information.

The clerk shall serve a copy of this order on all parties of record.

### 

* All references to "debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.

*Page 2 of 2*

# CERTIFICATE OF NOTICE

```
District/off: 113C-1           User: riosa                  Page 1 of 2                  Date Rcvd: Oct 13, 2010
Case: 10-32254                 Form ID: CGFD65              Total Noticed: 54


The following entities were noticed by first class mail on Oct 15, 2010.
db/jdb         +Jose Losada,   Caridad Losada,   15482 SW 11th Terrace,   Miami, FL 33194-2446
smg             Florida Department of Revenue,   POB 6668,   Bankruptcy Division,   Tallhassee, FL  32314-6668
88345001       +BENFCL/HFC,   POB 8633,   Elmhurst, IL 60126-8633
88345003       +BRCLYSBANKDE,   1007 Orange Street,   Wilmington, DE 19801-1239
88345000       +Bank of America,   POB 650070,   Dallas, Texas 75265-0070
88346239       +Bank of America, N.A.,   PO Box 26012,   NC4-105-03-14,   Greensboro, NC 27420-6012
88415704       +CANDICA L.L.C.,   C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
88345004       +Capital One,   POB 530092,   Atlanta, GA 30353-0092
88345007       +Chase,   Cardmember Service,   POB 15153,   Wilmington, DE 19886-5153
88443289        Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
88345008       +Citi,   POB 70921,   Charlotte, NC 28272-0921
88345009       +Citi Mortgage,   POB 22060,   Tempe, AZ 85285-2060
88349339        CitiMortgage, Inc.,   P O Box 6941,   The Lakes, NV 88901-6941
88345010       +Citifinancial,   POB 22060,   Tempe, AZ 85285-2060
88345011        Citifinancial,   POB 70921,   Charlotte, NC 28272-0921
88345012       +DBNB BLOOM,   POB 4590,   Carol Stream, IL 60197-4590
88345014       +DSNB MACYS,   POB 4585,   Carol Stream, IL 60197-4585
88345015        DSNB MACYS,   POB4585,   Carol Stream, IL 60197,   xxxx6020
88371199       +Department Stores National Bank/Macys,   Bankruptcy Processing,   PO Box 8053,
                 Mason, OH 45040-8053
88345018       +EDFIN ST LN,   1990 K. Street, NW,   Washington. DC 20006-1103
88345019       +EDFIN STD LN,   1990 K. Street. MW,   Washington, DC 20006-1103
88345020       +EXXMBLCITI,   POB 4555,   Carol Stream, IL 60197-4555
88345017       +Eastern Financial Florida Credit Union/,   Space Coast,   POB 829514,
                 South Florida, FL 33082-9514
88373056        FIA Card Services aka Bank of America,   c/o Becket and Lee LLP,   POB 3001,
                 Malvern PA 19355-0701
88489158       +Fia Card Services, NA As Successor In Interest to,   Bank of America NA and Mbna America Bank,
                 1000 Samoset Drive,   DE5-023-03-03,   Newark, DE 19713-6000
88345022       +GEMB/CHEVRON,   POB 2001,   Concord, CA 94529-0001
88345024       +GMAC,   POB 380902,   Bloomington, MN 55438-0902
88345026       +HSBC Bank,   POB 5253,   Carol Stream, IL 60197-5253
88345027       +I C System,   POB 64378,   Saint Paul, MN 55164-0378
88345028       +International Park Condodominium II Asso,   11790 SW 18 Street,   Miami, FL 33175-1622
88345029       +JEFFCAPSYS,   16 McLeland Road,   St. Cloud, MN 56303-2198
88345030       +Kendall Credit and Business Service, Inc,   POB 404665,   Atlanta, GA 30384-4665
88345033       +MACYSDSNB,   POB 4585,   Carol Stream, IL 60197-4585
88366512       +PRA Receivables Management, LLC,   As Agent Of Portfolio Recovery Assocs.,   PO Box 12914,
                 Norfolk VA 23541-0914
88345037        SPACECOASTCU,   POB2470,   Melbourne, FL  32902
88345035       +Saxon Mortgage Services,   POB 961105,   Ft. Worth, TX 76161-0105
88410208       +Saxon Mortgage Services, Inc,   1270 Northland Drive, Suite 200,
                 Mendota Heights, Minnesota 55120-1176
88345036       +Select Portfolio Servicing, Inc.,   3815 South West Temple St.,   Salt Lake City, UT 84115-4412
88345038       +THD/CBSD,   POB 105980 Dept.. 51,   Atlanta, GA 30353-5980
88461588      ++TROPICAL FINANCIAL CREDIT UNION,   3050 CORPORATE WAY,   MIRAMAR FL 33025-6548
               (address filed with court: Tropical Financial Credit Union,   Attn: Bankruptcy Dept,
                 3050 Corporate Way,   Miramar, FL 33025)
88345039        Tropical Finance,   8000 NW 7th Street,   Miami, FL  33126-4099
88484939        eCAST Settlement Corporation assignee of Citibank,   (South Dakota) NA,   POB 29262,
                 New York NY 10087-9262

The following entities were noticed by electronic transmission on Oct 14, 2010.
88345025        E-mail/Text: ebnbankruptcy@ahm.honda.com                           Honda Financial Services,
                 POB 1027,   Alpharetta, GA 30009
88557172        E-mail/Text: ebnbankruptcy@ahm.honda.com                           American Honda Finance Corp,
                 POB 168088,   Irving, TX 75016-8088
88345002        E-mail/PDF: bankruptcynotices@bmwfs.com Oct 14 2010 04:51:05      BMW FINANCIAL SERVICES,
                 5515 Park Center,   Dublin, OH  43017
88345005       +E-mail/PDF: gecsedi@recoverycorp.com Oct 14 2010 04:00:47      CARE/GEMB,   POB 960061,
                 Orlando, FL 32896-0061
88345013        E-mail/PDF: mrdiscen@discoverfinancial.com Oct 14 2010 04:20:38      Discover Financial,
                 POB 15251,   Wilmington, DE  19886
88376482        E-mail/PDF: mrdiscen@discoverfinancial.com Oct 14 2010 04:20:39      Discover Bank,
                 Dfs Services LLC,   PO Box 3025,   New Albany, OH  43054-3025
88345021       +E-mail/PDF: gecsedi@recoverycorp.com Oct 14 2010 04:00:49      GEMB/ Care Credit,   POB 981439,
                 El Paso, TX 79998-1439
88345023       +E-mail/PDF: gecsedi@recoverycorp.com Oct 14 2010 04:00:50      GEMB/JCP,   POB 960001,
                 Orlando, FL 32896-0001
88345031       +E-mail/Text: resurgentbknotifications@resurgent.com                           LVNV Funding,
                 POB 10584,   Greenville, SC 29603-0584
88345034       +E-mail/Text: bnc@nordstrom.com                          NORDSTROMFSB,   POB 13589,
                 Scottsdale, AZ 85267-3589
88529750       +E-mail/Text: bknotice@ncmllc.com                          National Capital Management, LLC.,
                 8245 Tournament Drive,   Suite 230,   Memphis, TN 38125-1741,   USA
88379996       +E-mail/Text: bnc@nordstrom.com                          Nordstrom fsb,   P.O. Box 6566,
                 Englewood, CO 80155-6566
                                                                                              TOTAL: 12
```

```
District/off: 113C-1          User: riosa              Page 2 of 2           Date Rcvd: Oct 13, 2010
Case: 10-32254                Form ID: CGFD65          Total Noticed: 54

            ***** BYPASSED RECIPIENTS (continued) *****
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 88345006      CARE/GEMB
 88345016      EAF LLC
 88345032*    +LVNV Funding LLC,   POB 10584,   Greenville, SC 29603-0584
                                                                              TOTALS: 2, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 15, 2010**          **Signature:** _Joseph Speetjens_