UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

www.flsb.uscourts.gov

In re:

JOSE AND CARIDAD LOSADA,                Case No. 10-32254-LMI

    Debtors.
_____/         Chapter 13

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the Notice of Hearing on Debtor's Motion to Value Homestead in Plan was sent via certified mail on this <u>2nd</u> day of November 2010 to all parties on the attached service list.

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
900 W 49th Street, Ste 500
Hialeah, FL 33012
Tel. (305) 687-8008

By:<u>/s/Robert Sanchez</u>_____
    Robert Sanchez, Esq., FBN#0442161

SERVICE LIST:

Nancy Herkert, Trustee
ECF Registered User

Bank of America, N.A.
P.O. Box 26012
Greensboro, NC 27410

Bank of America, N.A.
c/o Brian Moynihan, CEO
100 N. Tryon Street
Charlotte, NC 28255

Bank of America Corporation
CT Corporation System, R.A.
1200 South Pine Island Road
Plantation, FL 33324

Bank of America Corporation
Brian T. Moynihan, CEO
401 N Tryon ST, NC1-021-02-20
Charlotte, NC 28255

CitiCorp Home Mortgage Services, Inc.
CT Corporation System, R.A.
1200 S. Pine Island Road
Plantation, FL 33324

CitiFinancial, Inc.
c/o Mary McDowell, CEO & President
300 St. Paul Place
Baltimore, MD 21202