

**ORDERED in the Southern District of Florida on November 23, 2010.**

Laurel M. Isicoff, Judge
United States Bankruptcy Court

_____

```
              UNITED STATES BANKRUPTCY COURT
                SOUTHERN DISTRICT OF FLORIDA

IN RE:                                CASE NO: 10-32254-BKC-LMI
JOSE LOSADA

CARIDAD LOSADA

           DEBTOR(S)
_____/
```

<u>ORDER CONTINUING CONFIRMATION HEARING AND MAKING ALL DEBTOR PAYMENTS NON-REFUNDABLE</u>

THIS CASE came on to be heard on November 2, 2010 , upon the Confirmation Hearing of the Chapter 13 Case, and based on the record, it is

ORDERED as follows:

1. The Confirmation Hearing is continued to December 7, 2010 at 9:01 AM in Courtroom 1409 at the United States Bankruptcy Court, Southern District of Florida, 51 South West First Avenue, Miami, Florida 33130.

2. The Debtor is hereby ordered to make interim payments to the Chapter 13 Trustee in accordance with the proposed Chapter 13 Plan.

3. All interim payments which have been made or shall be made to the Chapter 13 Trustee shall be non-refundable. The Trustee is hereby authorized to disburse such funds in accordance with the proposed plan, less all applicable Trustee's fees and costs on each such disbursement.

4. If confirmation of the Chapter 13 Plan is denied and the case dismissed or converted, the Chapter 13 Trustee shall disburse any and all interim payments to the administrative, priori

and secured creditors on a pro rata basis, in conformance with the last filed plan, less any and all fees and costs.

###

PREPARED BY:

NANCY N. HERKERT, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL  33027-9806

SERVICE LIST

ROBERT SANCHEZ, ESQUIRE
ATTORNEY FOR THE DEBTOR(S)
900 W 49 STREET, SUITE 500
HIALEAH, FL 33012

DEBTOR(S)
JOSE LOSADA
CARIDAD LOSADA
15482 SW 11 TERR
MIAMI, FL  33194

# CERTIFICATE OF NOTICE

```
District/off: 113C-1          User: riosa                Page 1 of 1                    Date Rcvd: Nov 29, 2010
Case: 10-32254                Form ID: pdf004            Total Noticed: 1

The following entities were noticed by first class mail on Dec 01, 2010.
db/jdb         +Jose Losada,   Caridad Losada,   15482 SW 11th Terrace,   Miami, FL 33194-2446

The following entities were noticed by electronic transmission.
NONE.                                                                                                  TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 01, 2010**                    **Signature:**    *Joseph Speetjens*