UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

PROCEEDING UNDER CHAPTER 13

CASE NO.: 10-32254-BKC-LMI

IN RE:

JOSE LOSADA

CARIDAD LOSADA

### NOTICE OF CONTINUED CONFIRMATION HEARING

YOU ARE HEREBY NOTIFIED that the Confirmation Hearing has been continued to January 4, 2011  , at  1:31 PM, at 51 South West First Avenue, Room 1409, Miami, Florida 33130.

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Continued Confirmation Hearing was mailed to those parties listed below on this  27th  day of DECEMBER 2010.

                                             Nancy N. Herkert, Esquire
                                             Standing Chapter 13 Trustee
                                             Post Office Box 279806
                                             Miramar, Florida 33027
                                             Telephone: (954) 443-4402
                                             Fla. Bar No. 441856

By:   /s_____
       Nancy N. Herkert, Esquire

COPIES FURNISHED TO:

NANCY N. HERKERT, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FLORIDA 33027-9806

JOSE LOSADA
CARIDAD LOSADA
DEBTOR(S)
15482 SW 11 TERR
MIAMI, FL  33194

ROBERT SANCHEZ, ESQUIRE
900 W 49 STREET, SUITE 500
HIALEAH, FL  33012