UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

www.flsb.uscourts.gov

In re:

JOSE AND CARIDAD LOSADA,                    Case No. 10-32254-LMI
        Debtors
_____/            Chapter 13

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the Order Granting Motion to

Value and Determine Secured Status of Lien on Real Property with Bank of America

(Loan#xxxxx5699) was sent via regular mail on  this 24th day of  January 2011 to all interested

parties on the service list.


Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
900 W 49th Street, Ste 500
Hialeah, FL 33012
Tel. (305) 687-8008

By:/s/Robert Sanchez_____
       Robert Sanchez, Esq., FBN#0442161