# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
## CHAPTER 13 PLAN (Individual Adjustment of Debts)

CASE NO.: __10-32254-LMI__

☒ __2nd__ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Jose Losada                              CO-DEBTOR: Caridad Losada
Last Four Digits of SS# xxx-xx-6235              Last Four Digits of SS# xxx-xx-0027

☐ This document is a plan summary. Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee not to exceed 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of __60__ months: In the event the Trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A. $ __1,155.55__ for months __1__ to __7__ ;
B. $ __2,615.90__ for months __8__ to __60__ ;
C. $ _____ for months _____ to _____ in order to pay the following creditors:

Administrative:     Attorney's Fee     $3,750.00 + $500.00 for Motion to Value 2nd mortgage on homestead
                                       + $500.00 for Motion to Value 3rd mortgage on homestead
                                       $500.00 for Motion to Cramdown Auto w/Tropical Financial Credit Union

                                       $5,250.00 GRAND TOTAL FOR ATTORNEY'S FEE

                                       TOTAL PAID $ 1,500.00
             Balance Due      $ 3,750.00   payable $ 312.50   month (Months 1 to 7 )
                                           Payable $312.50 /mo   month (Months 8 to 12)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)]  Mortgages(s)/Liens on Real or Personal Property:

1. __n/a__                              Arrearage on Petition Date $ _____
Address _____              Arrears Payment  $_____/month (Months____ to ___)
        _____              Arrears Payment  $_____/month (Months____ to ___)
        _____              Regular Payment  $_____/month (Months____ to ___)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Value of Collateral | Rate of Interest | Plan Payments | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
| Bank of America (2nd mortgage on homestead) Loan No. xxxxxx5699 Prop Add: 15482 SW 11th Terr Miami, FL 33194 | Homestead Property $279,395.00 | 0% | N/A | N/A | N/A |
| Eastern Financial (3rd mortgage on homestead) Loan No. xxxxxx1703 Prop Add: 15482 SW 11th Terr Miami, FL 33194 | Homestead Property $279,395.00 | 0% | N/A | N/A | N/A |
| Tropical Financial Credit Union (2008 Dodge Caliber) Vin No. 1B3HB48D644116 Loan No. #7031800 | $6,775.00 | 5.25% | $643.15 $330.00 $32.62 | 1 to 7 8 to 12 13 to 60 | $7,717.72 |

Priority Creditors: [as defined in 11 U.S.C. §507]
1. __n/a__ _____              Total Due $_____
                                           Payable $_____/month (Months _____ to ___)

<u>Unsecured Creditors</u>: Pay $<u>84.35</u> month (Months <u> 1 </u> to <u> 7</u>) Pay $1,,711.81/mo (Months 8 to 12) and $2,321.69/mo 13 to 60)
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: ). <u>The debtors are paying Citi Mortgage Loan No. 7824 and Honda Financial Services directly outside the plan. The debtors surrender and abandon all interest in the condo financed with Saxon Mortgage Services Loan #1910,Select Portfolio Servicing, Inc loan#1336 and International Park Condo Association.</u>

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

X _____    X _____
Debtor                          Joint Debtor
Date: 03/01/11                  Date: 03/01/11