UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

PROCEEDING UNDER CHAPTER 13

CASE NO.: 10-32254-BKC-LMI

IN RE:

JOSE LOSADA

CARIDAD LOSADA

### NOTICE OF CONTINUED CONFIRMATION HEARING

YOU ARE HEREBY NOTIFIED that the Confirmation Hearing has been continued to April 5, 2011, at 1:31 PM, at 51 South West First Avenue, Room 1409, Miami, Florida 33130.

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Continued Confirmation Hearing was mailed to those parties listed below on this <u>16th</u> day of March 2011.

Nancy N. Herkert, Esquire
Standing Chapter 13 Trustee
Post Office Box 279806
Miramar, Florida 33027
Telephone: (954) 443-4402
Fla. Bar No. 441856

By:  /s_____
Nancy N. Herkert, Esquire

COPIES FURNISHED TO:

NANCY N. HERKERT, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FLORIDA 33027-9806

JOSE LOSADA
CARIDAD LOSADA
DEBTOR(S)
15482 SW 11 TERR
MIAMI, FL  33194

ROBERT SANCHEZ, ESQUIRE
900 W 49 STREET, SUITE 500
HIALEAH, FL  33012