

ORDERED in the Southern District of Florida on May 17, 2011.

Laurel M. Isicoff, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

___

In re:

JOSE AND CARIDAD LOSADA,                        Case No. 10-32254-LMI
    Debtors.                                                         Chapter 13
_____/

**ORDER GRANTING MOTION TO VALUE AND DETERMINE SECURED STATUS OF LIEN ON PERSONAL PROPERTY HELD BY TROPICAL FINANCIAL CREDIT UNION**

This case having come to be heard on this 3td day of May, 2011 on Debtor's Motion to Value and Determine Secured Status of Lien on Personal Property (D.E. 74). Based upon the debtors' assertions made in support on the Motion and the Judge having heard argument of debtors' counsel IT IS

ORDERED AND ADJUDGED:

      A.      The value of the debtor's personal property (2008 Dodge Caliber ) more particularly described as follows:

      1.    <u>X</u>    Motor Vehicle described as follows:

            2008 Dodge Caliber

            Vin No. 1B3HB4D644116

            Approx Mileage 30,000

Consequently, it is **ORDERED** as follows:

    1.    The Motion is **GRANTED.**

    2.    Lender has an allowed secured claim in the amount of $6,775.00.

    3.    (Select only one):

___     Lender has not filed a proof of claim in this case. The trustee shall not disburse any payments to Lender unless a proof of claim is timely filed. In the event a proof of claim is timely filed, it shall be classified as a secured claim in the amount stated in paragraph 2, above, and as a general unsecured claim for any amount in excess of scheduled secured claim, regardless of the original classification in the proof of claim as filed. Lender's secured claim shall be paid through the plan at _____ for a total of $_____.

Or

_x_ Lender filed a proof of claim in this case. It shall be classified as a secured claim in the amount provided in paragraph 2, above, and as a general unsecured claim in the amount of $6,775.00 regardless of the original classification in the proof of claim as field. Lender's secured claim shall be paid through the plan at 5.25% for a total of $7,717.72

4.     The Personal Property may not be sold or refinanced without proper notice and further order of the Court.

5.     Notwithstanding the foregoing, this Order is not recordable or enforceable until the debtor receives a discharge in this chapter 13 case.

6.     Upon notification that the debtor has received a discharge, the creditor shall take all steps necessary to release the lien upon the personal property.

### #

Submitted by: Robert Sanchez, P.A.
900 W 49th St, Ste 500
Hialeah, FL 33012

Attorner, Robert Sanchez is directed to serve a conformed copy of this Order on all interested parties immediately upon receipt hereof and to file a certificate of service.