```
                          United States Bankruptcy Court
                           Southern District of Florida

In re:                                                             Case No. 10-32254-LMI
Jose Losada                                                        Chapter 13
Caridad Losada
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 113C-1           User: cote-suar              Page 1 of 3                  Date Rcvd: Jun 02, 2011
                               Form ID: CGFD26              Total Noticed: 67


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 04, 2011.
db/jdb        +Jose Losada,    Caridad Losada,    15482 SW 11th Terrace,    Miami, FL 33194-2446
smg            Florida Department of Revenue,    POB 6668,    Bankruptcy Division,    Tallhassee, FL 32314-6668
cr            +BMW Bank of North America, Inc. Department,    c/o Ascension Capital Group,    P.O. Box 201347,
                Arlington, TX 76006-1347
cr            +Deutsche Bank National Trust Company, as Trustee f,    c/o: Brian L. Rosaler, Esq.,
                1701 West Hillsboro Blvd, #400,    Deerfield Beach, FL 33442-1572
cr            +PRA Receivables Management LLC,    POB 41067,    Norfolk, VA 23541-1067
88345001      +BENFCL/HFC,    POB 8633,    Elmhurst, IL 60126-8633
88345002     ++BMW FINANCIAL SERVICES,    CUSTOMER SERVICE CENTER,    PO BOX 3608,    DUBLIN OH 43016-0306
              (address filed with court: BMW FINANCIAL SERVICES,     5515 Park Center,    Dublin, OH  43017)
88345003      +BRCLYSBANKDE,    1007 Orange Street,    Wilmington, DE 19801-1239
88345000      +Bank of America,    POB 650070,    Dallas, Texas 75265-0070
88346239      +Bank of America, N.A.,    PO Box 26012,    NC4-105-03-14,    Greensboro, NC 27420-6012
88415704      +CANDICA L.L.C.,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                SEATTLE, WA 98121-3132
88345004      +Capital One,    POB 530092,    Atlanta, GA 30353-0092
88345007      +Chase,   Cardmember Service,    POB 15153,    Wilmington, DE 19886-5153
88443289       Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
88345008       Citi,    POB 70921,    Charlotte, NC 28272-0921
88345009      +Citi Mortgage,    POB 22060,    Tempe, AZ 85285-2060
88349339       CitiMortgage, Inc.,    P O Box 6941,    The Lakes, NV 88901-6941
88345010      +Citifinancial,    POB 22060,    Tempe, AZ 85285-2060
88345012      +DBNB BLOOM,    POB 4590,    Carol Stream, IL 60197-4590
88345014      +DSNB MACYS,    POB 4585,    Carol Stream, IL 60197-4585
88345015       DSNB MACYS,    POB4585,    Carol Stream, IL 60197,    xxxx6020
88371199      +Department Stores National Bank/Macys,    Bankruptcy Processing,    PO Box 8053,
                Mason, OH 45040-8053
88345018      +EDFIN ST LN,    1990 K. Street, NW,    Washington. DC 20006-1103
88345019      +EDFIN STD LN,    1990 K. Street. MW,    Washington, DC 20006-1103
88345040      +EXXMBLCITI,    POB 4555,    Carol Stream, IL 60197-4555
88345017      +Eastern Financial Florida Credit Union/,    Space Coast,    POB 829514,
                South Florida, FL 33082-9514
88726020       Edfinancial Services on behalf of TSAC,    Tennessee Student Assistance Corporation,
                TSAC Bankruptcy Department NGS,    PO Box 173695,    Denver, CO 80217-3695
88373056       FIA Card Services aka Bank of America,    c/o Becket and Lee LLP,    POB 3001,
                Malvern PA 19355-0701
88489158      +Fia Card Services, NA As Successor In Interest to,    Bank of America NA and Mbna America Bank,
                1000 Samoset Drive,    DE5-023-03-03,    Newark, DE 19713-6000
88621441      +GMAC,    PO BOX 130424,    Roseville MN 55113-0004
88345024      +GMAC,    POB 380902,    Bloomington, MN 55438-0902
88734356      +HSBC   Bank Nevada, N.A.,    By PRA Receivables Management, LLC,    PO Box 12907,
                Norfolk VA 23541-0907
88345026      +HSBC Bank,    POB 5253,    Carol Stream, IL 60197-5253
88345027      +I C System,    POB 64378,    Saint Paul, MN 55164-0378
88799093       I.C. System, Inc. o/b/o Dadeland MRI and CT,    c/o A. Thomas Pokela, Attorney at Law,
                PO Box 2621,    Sioux Falls, SD 57101-2621
88345028      +International Park Condodominium II Asso,    11790 SW 18 Street,    Miami, FL 33175-1622
88345029      +JEFFCAPSYS,    16 McLeland Road,    St. Cloud, MN 56303-2198
88675070      +Jefferson Capital Systems LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
88345030      +Kendall Credit and Business Service, Inc,    POB 404665,    Atlanta, GA 30384-4665
88345033      +MACYSDSNB,    POB 4585,    Carol Stream, IL 60197-4585
88689474       Midland Funding, LLC by American InfoSource LP,    PO Box 248897,    Oklahoma City, OK  73124-8897
88789665      +OAK HARBOR CAPITAL LLC,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                SEATTLE, WA 98121-3132
88699942     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery Associates, LLC,     P.O. Box 41067,
                Norfolk, VA 23541)
88366512      +PRA Receivables Management, LLC,    As Agent Of Portfolio Recovery Assocs.,    PO Box 12914,
                Norfolk VA 23541-0914
88345037       SPACECOASTCU,    POB2470,    Melbourne, FL  32902
88345035      +Saxon Mortgage Services,    POB 961105,    Ft. Worth, TX 76161-0105
88410208      +Saxon Mortgage Services, Inc,    1270 Northland Drive, Suite 200,
                Mendota Heights, Minnesota 55120-1176
88345036      +Select Portfolio Servicing, Inc.,    3815 South West Temple St.,    Salt Lake City, UT 84115-4412
88345038      +THD/CBSD,    POB 105980 Dept.. 51,    Atlanta, GA 30353-5980
88461588     ++TROPICAL FINANCIAL CREDIT UNION,    3050 CORPORATE WAY,    MIRAMAR FL 33025-6548
              (address filed with court: Tropical Financial Credit Union,     Attn: Bankruptcy Dept,
                3050 Corporate Way,    Miramar, FL 33025)
88345039       Tropical   Finance,    8000 NW 7th Street,    Miami, FL  33126-4099
88484939       eCAST Settlement Corporation assignee of Citibank,    (South Dakota) NA,    POB 29262,
                New York NY 10087-9262
```

```
District/off: 113C-1           User: cote-suar              Page 2 of 3               Date Rcvd: Jun 02, 2011
                               Form ID: CGFD26             Total Noticed: 67
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
cr              E-mail/Text: ebnbankruptcy@ahm.honda.com Jun 03 2011 00:08:42
                American Honda Finance Corporation,    Moraima Villela,    POB 168088,    Irving, TX  75016
88557172        E-mail/Text: ebnbankruptcy@ahm.honda.com Jun 03 2011 00:08:42       American Honda Finance Corp,
                POB 168088,    Irving, TX 75016-8088
88345025        E-mail/Text: ebnbankruptcy@ahm.honda.com Jun 03 2011 00:08:42       Honda Financial Services,
                POB 1027,    Alpharetta, GA 30009
88345005       +E-mail/PDF: gecsedi@recoverycorp.com Jun 03 2011 02:08:25       CARE/GEMB,    POB 960061,
                Orlando, FL 32896-0061
88345013        E-mail/PDF: mrdiscen@discoverfinancial.com Jun 03 2011 02:05:00       Discover Financial,
                POB 15251,    Wilmington, DE  19886
88376482        E-mail/PDF: mrdiscen@discoverfinancial.com Jun 03 2011 02:05:00       Discover Bank,
                Dfs Services LLC,    PO Box 3025,    New Albany, OH  43054-3025
88814309        E-mail/PDF: gecsedi@recoverycorp.com Jun 03 2011 02:08:19       GE Money Bank,
                Attn: Bankruptcy Department,    PO Box 960061,    Orlando FL 32896-0661
88345021       +E-mail/PDF: gecsedi@recoverycorp.com Jun 03 2011 02:08:22       GEMB/ Care Credit,    POB 981439,
                El Paso, TX 79998-1439
88345022       +E-mail/PDF: gecsedi@recoverycorp.com Jun 03 2011 02:08:22       GEMB/CHEVRON,    POB 2001,
                Concord, CA 94529-0001
88345023       +E-mail/PDF: gecsedi@recoverycorp.com Jun 03 2011 02:08:23       GEMB/JCP,    POB 960001,
                Orlando, FL 32896-0001
88345031       +E-mail/Text: resurgentbknotifications@resurgent.com Jun 03 2011 00:08:07       LVNV Funding,
                POB 10584,    Greenville, SC 29603-0584
88790574        E-mail/Text: resurgentbknotifications@resurgent.com Jun 03 2011 00:08:07       LVNV Funding LLC,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
88345034       +E-mail/Text: bnc@nordstrom.com Jun 03 2011 00:08:16       NORDSTROMFSB,    POB 13589,
                Scottsdale, AZ 85267-3589
88529750       +E-mail/Text: bknotice@ncmllc.com Jun 03 2011 00:07:57       National Capital Management, LLC.,
                8245 Tournament Drive,    Suite 230,    Memphis, TN 38125-1741,    USA
88379996       +E-mail/Text: bnc@nordstrom.com Jun 03 2011 00:08:16       Nordstrom fsb,    P.O. Box 6566,
                Englewood, CO 80155-6566
                                                                                              TOTAL: 15

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
88345006         CARE/GEMB
88345016         EAF LLC
cr*              Midland Funding, LLC by American InfoSource LP,    PO Box 248897,    Oklahoma City, OK  73124-8897
88345032*       +LVNV Funding LLC,    POB 10584,    Greenville, SC 29603-0584
88702917*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court:   Portfolio Recovery Associates, LLC,    P.O. Box 41067,
                  Norfolk, VA 23541)
88702978*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court:   Portfolio Recovery Associates, LLC,    P.O. Box 41067,
                  Norfolk, VA 23541)
88345011       ##Citifinancial,    POB 70921,    Charlotte, NC 28272-0921
                                                                                   TOTALS: 2, * 4, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 113C-1           User: cote-suar           Page 3 of 3              Date Rcvd: Jun 02, 2011
                               Form ID: CGFD26           Total Noticed: 67

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 04, 2011**              **Signature:**    _Joseph Speetjens_

**CGFD26** (12/1/09)



**ORDERED in the Southern District of Florida on June 2, 2011**

**Laurel M Isicoff**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 10–32254–LMI

Chapter: 13

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Jose Losada
15482 SW 11th Terrace
Miami, FL 33194

SSN: xxx–xx–6235

Caridad Losada
aka Caridad Maria Losada
15482 SW 11th Terrace
Miami, FL 33194

SSN: xxx–xx–0027

### ORDER CONFIRMING CHAPTER 13 PLAN

     This cause came before the court on 5/3/2011 for confirmation of the debtor's proposed Second Amended chapter 13 plan pursuant to Local Rule 3015–3(B)(2). Based on the record, including the debtor's "Certificate of Compliance and Request for Confirmation on Chapter 13 Plan", it is

**ORDERED** as follows:

1. The debtor's chapter 13 plan (the "Plan") meets with the provisions of 11 U.S.C. § 1325 and, if applicable, § 521 and 1308, and is, therefore, confirmed in accordance with its terms.

*Page 1 of 3*

2. Any claim entitled to priority under 11 U.S.C. § 507 shall be paid in full, in periodic installments, in the order of priority prescribed by the Bankruptcy Code over the period of the Plan as required by 11 U.S.C. § 1322(a)(2), with postpetition interest as required by 11 U.S.C. § 506(b) payable on the secured portion of the claim.

3. The debtor's first monthly payment to the Trustee under the Plan was required to commence not later than 30 days following July 30, 2010, the date the petition was filed, or within 30 days from the date of conversion to chapter 13. The Trustee shall begin disbursement to creditors pursuant to the Plan as soon as practicable upon entry of this order.

4. If the Plan does not provide for payments to a secured creditor, such creditor is granted in rem stay relief to pursue available state court remedies against any property of the debtor which secures the creditor's claim.

5. Any executory contract or unexpired lease of the debtor which has not been assumed pursuant to court order prior to entry of this order, or which is not assumed in the Plan confirmed by this order, is deemed rejected upon entry of this order.

6. If the confirmed plan in this case provides for payment to holder(s) of tax certificates on property of the debtor, the following provisions shall apply:

    A. To ensure that the records of the County Tax Collector credit amounts received by certificate holders, upon receipt of information pursuant to subparagraph B below, the Tax Collector is ordered to adjust the County tax records and reduce both the amount owed on tax certificates and the amount of the tax lien to reflect payments made by the Chapter 13 Trustee to certificate holders under the confirmed plan.

    B. The Tax Collector shall be served with any order entered post–confirmation which (a) dismisses or converts this case; (b) grants stay relief to the holder of a secured claim on the property subject to the tax certificates; (c) approves a sale or refinancing of the property subject to the tax certificates; (d) modifies the plan to eliminate further payments to one or more certificate holders; or (e) discharges the debtor upon completion of the plan. Upon receipt of any such order, the Tax Collector shall request a ledger from the Chapter 13 Trustee reflecting the amounts paid to certificate holders under the confirmed plan, or obtain the ledger information by accessing the Chapter 13 Trustee's website.

    C. During the period in which the certificate holders are receiving payments under the confirmed plan, unless otherwise ordered, the Tax Collector is enjoined from accepting a redemption payment for any certificate which is included in the plan. This injunction will dissolve without further order of the Court if (a) one of the orders described in subparagraph B is entered; and (b) the County has complied with the requirements in subparagraph A by reducing both the amount owed on any certificate paid or partially paid under the plan and the amount of the tax lien by the amount paid to the certificate holder as reflected in the Chapter 13 Trustee's ledger.

7. Pursuant to Local Rule 3070–1(C)(2), if the debtor fails to timely make any Plan payment to the Trustee, the Trustee may serve a "Notice of Delinquency" upon the debtor and the debtor's attorney. The debtor shall have 45 days from the date of the "Notice of Delinquency" to make all payments due under the Plan, including any payments that become due within the 45–day period. If the debtor is seeking to cure the delinquency in a modified plan the debtor must must file a motion to modify the confirmed plan within 14 days of the date of the "Notice of Delinquency". If the debtor is not current with plan payments on the 45th day after the date of the "Notice of Delinquency", the Trustee shall file and serve a report of non–compliance and the case will be dismissed without further notice or hearing. Dismissal shall be with prejudice to the debtor filing any new bankruptcy case in any federal bankruptcy court in the United States for a period of 180 days from entry of the order of dismissal. The court will not extend these deadlines absent extraordinary circumstances.

8. To the extent the Plan sought a determination of valuation pursuant to Bankruptcy Rule 3012, and no objections were filed or any objections were resolved, the terms of the Plan will be binding upon the affected secured creditors, and any allowed proof of claim will be secured only to the extend of the value as provided for in the Plan and unsecured as to the balance of the claim.

The clerk shall serve a copy of this order on all parties of record.

# # #