**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE: SOUTHERN DISTRICT OF FL** FT LAUDERDALE**

**IN THE MATTER:** LOSADA, CARIDAD M.
**SSN:** XXX-XX-0027

**BANKRUPTCY CASE NO.** 1032254 LMI
**POC AMOUNT:** $4,857.09
**COURT CLAIM #:** 30

## NOTICE OF ASSIGNMENT OF CLAIM AND
## TRANSFEREE NOTICE OF TRANSFER OF PAYMENTS

Educational Credit Management Corporation (ECMC), the "Transferee", does hereby give notice to the court that it has accepted assignment of the student loan(s) included in the proof of claim for the above-referenced debtor filed by TENNESSEE STUDENT ASSISTANCE CORPORATION.

Please direct all future payments and correspondence as follows:

| **Correspondence:** | **Payments:** |
|---|---|
| ECMC | ECMC |
| P.O. Box 75906 | Lockbox 8682 |
| St. Paul, MN 55175 | P.O. Box 75848 |
| | St. Paul, MN 55175-0848 |

Pursuant to the attached Assignment letter from TENNESSEE STUDENT ASSISTANCE CORPORATION the Transferor, notification and hearing has been waived with respect to this Notice of Assignment of Claim to ECMC pursuant to Bankruptcy Rule 3001.

EDUCATIONAL CREDIT MANAGEMENT CORPORATION

/s/ James Rieck                                             08/03/2011
ECMC Bankruptcy Representative                              Date

B 10 (Official Form 10) (04/10)

| UNITED STATES BANKRUPTCY COURT    Southern District of Florida | PROOF OF CLAIM |
|---|---|

| Name of Debtor: Caridad Losada aka Caridad Mario Losada | Case Number: 10-32254 |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
**Edfinancial Services on behalf of Tennessee Student Assistance Corporation**

Name and address where notices should be sent:
TSAC Bankruptcy Department NGS
PO Box 173695
Denver, CO 80217-3695

Telephone number: (615) 532-2504

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(*If known*)

Filed on: _____

Name and address where payment should be sent (if different from above):

Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. **Amount of Claim as of Date Case Filed:** $ **4,857.09**

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

✓ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. **Basis for Claim:** Student Loan Non-Dischargeable Debt Section 523(a)8
(*See instruction #2 on reverse side.*)

3. **Last four digits of any number by which creditor identifies debtor:** 0027

  3a. Debtor may have scheduled account as: 004 005
  (*See instruction #3a on reverse side.*)

4. **Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:   ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe:

Value of Property: $_____   Annual Interest Rate _____ %

Amount of arrearage and other charges as of time case filed included in secured claim,

If any: $_____   Basis for perfection: _____

Amount of Secured Claim: $_____   Amount Unsecured: $ **4,857.09**

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See instruction 7 and definition of "redacted" on reverse side.*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

Amount entitled to priority:

$_____

*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

FOR COURT USE ONLY

Date: 11/22/2010

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

800-337-6884 /s/ melissa r youngblood specialty claims analyst

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

Tennessee Student Assistance Corporation

# ASSIGNMENT LETTER

The Tennessee Student Assistance Corporation (TSAC) hereby assigns to the Educational Credit Management Corporation (ECMC) its rights, title, and interest in those student loans listed in the enclosure to this letter

The Tennessee Student Assistance Corporation (TSAC) hereby specifically waives notification and hearing with respect to the assignment of claim by ECMC pursuant to the Bankruptcy Rule 3001

*Stephanie Aylor*
Stephanie Aylor, Student Loan Program Administrator

7/12/11
(Date)

P O Box 173695 • Denver CO 80217 • 800 257 6528 • Hearing impaired 800 855 1155
*Services provided by Nelnet Guarantor Solutions*
An authorized agent of Tennessee Student Assistance Corporation