PROBER & RAPHAEL, A LAW CORPORATION
20750 Ventura Boulevard, Suite 100
Woodland Hills, CA  91364
P.O. Box 4365
Woodland Hills, CA  91365-4365
(818) 227-0100
(818) 227-0637 (facsimile)
cmartin@pralc.com
Authorized Agent for Secured Creditor
B.507-7551

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF FLORIDA (MIAMI)

| In re | ) | Bk. No. 10-32254-LMI |
|---|---|---|
|  | ) |  |
| JOSE LOSADA AND CARIDAD LOSADA | ) |  |
| AKA CARIDAD MARIA LOSADA, | ) | WITHDRAWAL OF |
|  | ) | PROOF OF CLAIM |
| Debtors. | ) | (CLAIM NO. 1) |
|  | ) |  |
| _____ | ) |  |

Bank of America, N.A., Secured Creditor and holder of a lien on the property described as 15482 SW 11th Ter., Miami, FL 33194 withdraws its Proof of Claim No. 1, filed on August 10, 2010, as the subject debt has been forgiven pursuant to the National Mortgage Settlement Extinguishment Program.

Dated: March 29, 2013          By /s/ Lori Reyes
                               Authorized Agent for Secured Creditor

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I, Maria Chavez, certify that I am a resident of the County aforesaid; I am over the age of 18 years and not a party to the within action; my business address is 20750 Ventura Boulevard, Suite 100, Woodland Hills, California 91364.

On 4/11/2013, I served the within WITHDRAWAL OF PROOF OF CLAIM on all interested parties in this proceeding by placing true and correct copy thereof enclosed in a sealed envelope with postage prepaid in the United States Mail at Woodland Hills, California, addressed as follows:

Jose and Caridad Losada
15482 SW 11th Terrace
Miami, FL 33194

Robert Sanchez, Esquire
355 West 49 Street
Hialeah, FL 33012

Nancy K. Neidich
Post Office Box 279806
Miramar, FL 33027

I declare that I am employed in the office of a member of the Bar at whose direction this service was made.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on 4/11/2013 at Woodland Hills, California.

/s/ Maria Chavez